

**BEDERSON** LLP

ACCOUNTANTS & ADVISORS

**VIA EMAIL**

June 16, 2021

Darrell Choates
dchoatesgc@yahoo.com
dchoatesgc@icloud.com

Re:    Choates G. Contracting, LLC
       Case No. 21-13085-ABA
       Subchapter V

Dear Choates:

The accompanying U.S. Trustee Report for the month of May 2021 was assembled for your analysis of the post-petition transactions of the Debtor under Chapter 11 of the Bankruptcy Code.

This operating report was not examined or reviewed by independent accountants in accordance with the standards promulgated by the American Institute of Certified Public Accountants and is presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles. Accordingly, this report is for the sole use of the parties in interest in this Chapter 11 matter and should not be provided to other parties.

Please review, sign and date the report and send to Counsel to be filed with the Bankruptcy Court. Should you have any questions, please do not hesitate to call.

Very truly yours,

BEDERSON LLP

Charles N. Persing
Partner

CNP:mmp
Enc.
cc:    Daniel Reinganum
I:\Choates G. Contracting, LLC\Correspondence\Outgoing\2021 06-15 MOR May 2021.doc

**Fill in this information to identify the case:**

Debtor Name  Choates G. Contracting, LLC

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-13085-ABA

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  May 2021

Date report filed:  06/15/2021
MM / DD / YYYY

Line of business:  Construction

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Darrell Choates, Sr.

Original signature of responsible party

Printed name of responsible party        Darrell Choates, Sr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☑ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Choates G. Contracting, LLC                    Case number 21-13085-ABA

17. Have you paid any bills you owed before you filed bankruptcy?                  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____740.00_____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____2,550.00_____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____306.00_____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____2,244.00_____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ _____2,984.00_____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____0.00_____

(Exhibit E)

Debtor Name  Choates G. Contracting, LLC                           Case number 21-13085-ABA

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                              $ _____0.00_____

     *(Exhibit F)*

**5. Employees**

26. What was the number of employees when the case was filed?                                    1
27. What is the number of employees as of the date of this monthly report?                        1

**6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___5,000.00___
30. How much have you paid this month in other professional fees?                                 $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                $ _____0.00_____

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | — | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 5,100.00 | — | $ 2,550.00 | = | $ 2,550.00 |
| 33. **Cash disbursements** | $ 5,052.00 | — | $ 306.00 | = | $ 4,746.00 |
| 34. **Net cash flow** | $ 48.00 | — | $ 2,244.00 | = | $ -2,196.00 |

35. Total projected cash receipts for the next month:                                $ 145,100.00
36. Total projected cash disbursements for the next month:                        - $ 121,718.00
37. Total projected net cash flow for the next month:                             = $  23,382.00



Debtor Name  Choates G. Contracting, LLC                    Case number 21-13085-ABA

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

CHOATES G. CONTRACTING, LLC

CHAPTER 11 – SUBCHAPTER V

CASE NO: 21-13085 (ABA)

ADDENDUM TO MONTHLY OPERATING REPORT

FOR THE MONTH ENDED MAY 31, 2021

We are the Court Appointed Accountants for the Trustee of Choates G. Contracting which filed a Chapter 11 bankruptcy on April 15, 2021.

Due to the bankruptcy, certain financial statements, records and supporting information that would normally be present are missing and/or unavailable.  The Debtor is in the process of retaining a book keeper to assist in the preparation of financial statements and other records.  This monthly operating report was prepared from the best information available; that is, the Debtor's bank activity.  However, due to the lack of certain accounting records at this time, we are unable to attach financial statements (balance sheet, income statement, etc.).

BEDERSON LLP
JUNE 2021

**EXHIBIT B**

**TO INITIAL MONTHLY OPERATING REPORT**

EXPLAINATION TO QUESTION NUMBER 10:

The Debtor had pre-petition accounts at Philadelphia Federal Credit Union, Checking #6927.
The Debtor's accounts were levied prepetition.

The Debtor has requested closure of the accounts from the Credit Union but the Credit Union has
refused to do so, stating that "due to a pending writ placed on this account, we cannot close the
account at this time"

See attached Letter from Credit Union



CHOATES GENERAL CONTRACTING
73 WEST ROAD
GIBBSBORO NJ 08026


To Whom It May Concern,

Re: Account Closure Request
0000906927  CHOATES GENERAL

As per your request, unfortunately, due to a pending writ placed on this account, we cannot close the
account at this time.

If you have any questions or need additional information, please feel free to contact PFCU at 215-934-
3500.

Robert Pacchianelli
Branch Manager

*Overview – CASH FLOW*

**Choates G. Contracting**

**Cash Flow Projections**
**1 Year After Filing**

| INCOME | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction Project Income | $ - | $ - | $ 140,000.00 | $ 375,000.00 | $ 378,750.00 | $ 305,729.00 | $ 275,130.00 | $ 121,347.00 | $ 175,385.00 | $ 987,164.00 | $ 938,706.00 | $ 465,695.00 | |
| Rental revenue | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | $ - | $ - | $ - | $ - | |
| Principal Contribution | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | |
| Sale of Real Estate | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 291,000.00 | | | | |
| SUB TOTAL | $ 5,100.00 | $ 5,100.00 | $ 145,100.00 | $ 380,100.00 | $ 383,850.00 | $ 310,829.00 | $ 280,230.00 | $ 126,447.00 | $ 469,385.00 | $ 990,164.00 | $ 941,706.00 | $ 468,695.00 | |
| | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| Construction Project Expenses | $ - | $ - | $ 116,666.00 | $ 310,833.00 | $ 315,958.00 | $ 261,885.00 | $ 235,164.00 | $ 99,873.00 | $ 142,404.00 | $ 756,727.00 | $ 753,669.00 | $ 347,203.00 | |
| Office Supplies | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | 100.00 | |
| Internet/Phone | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | 30.00 | |
| Mortgages/Rental Payments | 4,922.00 | 4,922.00 | 4,922.00 | 4,922.00 | 4,922.00 | 4,922.00 | 4,922.00 | 4,922.00 | 4,251.00 | 4,251.00 | 4,251.00 | 4,251.00 | |
| Professional Fees | $ - | $ - | $ - | $ - | $ 6,000.00 | $ - | $ - | $ - | $ 25,000.00 | $ - | $ - | $ - | |
| SUB TOTAL | $ 5,052.00 | $ 5,052.00 | $ 121,718.00 | $ 315,885.00 | $ 327,010.00 | $ 266,937.00 | $ 240,216.00 | $ 104,925.00 | $ 171,785.00 | $ 761,108.00 | $ 758,050.00 | $ 351,584.00 | |
| | | | | | | | | | | | | | |
| NET CASH FLOW | $ 48.00 | 48.00 | $ 23,382.00 | $ 64,215.00 | $ 56,840.00 | $ 43,892.00 | $ 40,014.00 | $ 21,522.00 | $ 297,600.00 | $ 229,056.00 | $ 183,656.00 | $ 117,111.00 | $ 1,077,384.00 |

## Project s - Cash Flow

| Cash Flow Projections | Time frame | Budget | Profit | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22nd Street Project | 6 months | $ 500,000.00 | $ 100,000.00 | | | | | | | | | | | | | $ 500,000.00 |
| INCOME | | $ 500,000.00 | $ 100,000.00 | $ - | $ - | $ - | $ 100,000.00 | $ 133,333.33 | $ 66,666.67 | $ 50,000.00 | $ 37,500.00 | $ 112,500.00 | $ - | $ - | $ - | |
| EXPENSES | | | | $ - | $ - | $ - | | $ 80,000.00 | $ 53,333.33 | $ 40,000.00 | $ 30,000.00 | $ 50,000.00 | $ - | $ - | $ - | $ 400,000.00 |
| NET | | | | | | | | $ 20,000.00 | $ 26,666.67 | $ 13,333.33 | $ 10,000.00 | $ 7,500.00 | $ 22,500.00 | | | |
| 7956-68 Carter Ave | 12 months | $ 1,500,000.00 | $ 500,000.00 | | | | | | | | | | | | | $ 1,000,000.00 |
| INCOME | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500,000.00 | $ 333,333.33 | $ 166,666.67 | | $ 666,666.67 |
| EXPENSES | | | | | | | | | | | | $ 333,333.33 | $ 222,222.22 | $ 111,111.11 | | $ 333,333.33 |
| NET CASH FLOW | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 166,666.67 | $ 111,111.11 | $ 55,555.56 | | |
| Lake PD, LLC | 5 Years | $ 1,700,000,000.00 | $ 10,000,000.00 | | | | | | | | | | | $ 5,000,000.00 | | $ 5,000,000.00 |
| | | | | | | | | | | | | | | $ 1,500,000.00 | | $ 1,500,000.00 |
| Bethel Memorial Group Project | 1 Years | $ 1,200,000.00 | $ 200,000.00 | $ - | $ - | | | | | | | | | | | $ 1,120,410.23 |
| INCOME | | $ 1,200,000.00 | $ 200,000.00 | $ - | $ - | $ 140,000.00 | $ 265,000.00 | $ 198,750.00 | 149,062.50 | $ 111,796.88 | $ 83,847.66 | $ 62,885.74 | $ 47,164.31 | $ 35,373.23 | $ 26,529.92 | |
| EXPENSES | | | | | | $ 116,666.67 | $ 220,833.33 | $ 165,625.00 | 124,218.75 | $ 93,164.06 | $ 69,873.05 | $ 52,404.79 | $ 39,303.59 | $ 29,477.69 | $ 22,103.27 | $ 933,675.19 |
| NET CASH FLOW | | | | | | $ 23,333.33 | $ 44,166.67 | $ 33,125.00 | 24,843.75 | $ 18,632.81 | $ 13,974.61 | $ 10,480.96 | 7,860.72 | $ 5,895.54 | 4,421.65 | |
| Wexford One uCity / Turner | 3 month | $ 60,000.00 | $ 7,000.00 | | | | | | | | | | | | | $ 60,000.00 |
| INCOME | | | | | | | $ 10,000.00 | $ 16,666.67 | 33,333.33 | | | | | | | |
| EXPENSES | | | | | | | $ 10,000.00 | $ 16,666.67 | 33,333.33 | | | | | | | $ 33,000.00 |
| | | | | | | | 8,833.33 | 14,722.23 | 29,444.44 | | | | | | | |
| NET | | | | | | | $ 1,166.67 | $ 1,944.44 | 3,888.89 | | | | | | | |
| Philadelphia Smart City Program | 2 Years | $ 1,100,000.00 | $ 150,000.00 | | | | | | $ - | $ - | $ - | $ - | $ 190,000.00 | $ 303,333.00 | 151,666.00 | $ 644,999.00 |
| INCOME | | | | | | | | | | | | | $ 164,090.91 | $ 261,969.41 | 130,884.27 | |
| EXPENSES | | | | | | | | | | | | | $ 25,909.09 | $ 41,363.59 | 20,641.73 | $ 557,044.58 |
| Orlocal Construction | 3 Months | $ 100,000.00 | $ 10,000.00 | | | | | | | | | | | | | $ 100,000.00 |
| INCOME | | | | $ - | $ - | $ - | $ 15,000.00 | $ - | 28,333.33 | $ 56,666.67 | $ - | $ - | $ - | $ - | $ - | |
| EXPENSES | | | | $ - | $ - | $ - | $ 13,500.00 | $ - | 25,500.00 | $ 51,000.00 | $ - | $ - | $ - | $ - | $ - | $ 90,000.00 |
| NET | | | | $ - | $ - | $ - | $ 1,500.00 | $ - | 2,833.33 | $ 5,666.67 | $ - | $ - | $ - | $ - | $ - | |
| Wexford-Tech | 3 Months | $ 100,000.00 | $ 10,000.00 | | | | | | | | | | | | | $ 100,000.00 |
| INCOME | | | | $ - | $ - | $ - | $ 15,000.00 | $ - | 28,333.33 | $ 56,666.67 | $ - | $ - | $ - | $ - | $ - | |
| EXPENSES | | | | $ - | $ - | $ - | $ 13,500.00 | $ - | 25,500.00 | $ 51,000.00 | $ - | $ - | $ - | $ - | $ - | $ 90,000.00 |
| NET | | | | $ - | $ - | $ - | $ 1,500.00 | $ - | 2,833.33 | $ 5,666.67 | $ - | $ - | $ - | $ - | $ - | |
| JFK Terminal One | 8 months | $ 500,000.00 | $ 100,000.00 | | | | | | | | | | $ 150,000.00 | $ 133,333.33 | 54,166.67 | $ 337,500.00 |
| INCOME | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 120,000.00 | $ 106,666.67 | 43,333.33 | |
| EXPENSES | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30,000.00 | $ 26,666.67 | 10,833.33 | $ 270,000.00 |
| NET | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | |
| Navy Yard | 5 months | 500000 | 100000 | 0 | 0 | 0 | 0 | $ - | $ - | $ - | $ - | | $ 100,000.00 | 133333.3333 | 66,666.67 | $ 300,000.00 |
| INCOME | | | | 0 | 0 | 0 | 0 | $ - | $ - | $ - | $ - | | $ 80,000.00 | 106,666.67 | 53,333.33 | |
| EXPENSES | | | | | | | | | | | | | $ 20,000.00 | $ 26,666.67 | 13,333.33 | $ 240,000.00 |
| NET | | | | | | | | | | | | | | | | |
| TOTALS | | | | | 0 | 0 | | | | | | | | | | |
| INCOME | | | | 0 | | $ 140,000.00 | $ 375,000.00 | $ 378,750.00 | 305,729.17 | $ 279,130.21 | $ 121,347.66 | $ 175,285.74 | 637,164.31 | $ 918,706.23 | 466,695.92 | |
| EXPENSES | | | | | | $ 116,666.67 | $ 310,833.33 | $ 315,958.34 | 261,285.41 | $ 235,164.06 | 99,873.05 | $ 142,404.79 | 756,727.83 | $ 753,669.32 | 374,203.65 | |
| Net | | | | | | $ 23,333.33 | $ 64,166.67 | $ 62,791.66 | 43,643.75 | $ 39,966.15 | $ 21,474.61 | $ 32,980.96 | 230,436.48 | $ 185,036.91 | 91,492.27 | |

*Misc. Income*

**CASH FLOW PROJECTIONS - MISCELLANOUS INCOME**

| | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contribution from Principal | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Rental Income - Daniel Green | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| Rental Income - Scott Polar | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| Rental Income - Jasmine Hawthorne | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| **Sales of Property** | | | | | | | | | | | | |
| 5300 Master Street, Philadelphia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 68,000.00 | 0 | 0 | 0 |
| 73 West Road, Gibbsboro | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 120,000.00 | 0 | 0 | 0 |
| 13 Riviera Drive, Pennsville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 35,000.00 | 0 | 0 | 0 |
| 120 Peace Lane, Glassboro, NJ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 68,000.00 | 0 | 0 | 0 |
| | | | | | | | | | $ 291,000.00 | | | |

*Misc. Expenses*

**CASH FLOW PROJECTIONS - MISCELLANOUS EXPENSES**

| | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Supplies | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Internet/Phone | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 |
| **Misc. Office Expenses** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** | **$ 130.00** |
| | | | | | | | | | | | | |
| **Mortgages / Payments on Properties** | | | | | | | | | | | | |
| 5300 Master Street, Philadelphia | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 73 West Road, Gibbsboro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 13 Riviera Drive, Pennsville | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ - | $ - | $ - | $ - |
| 120 Peace Lane, Glassboro, NJ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 401 Cooper Landing Road | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| 122 Danton Lane, Mullica Hill, NJ | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 |
| | | | | | | | | | | | | |
| **MORTGAGE/RENTAL PAYMENTS** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,922.00** | **$ 4,251.00** | **$ 4,251.00** | **$ 4,251.00** | **$ 4,251.00** |
| | | | | | | | | | | | | |
| **Professional Fees** | $ - | $ - | $ - | $ - | $ 6,000.00 | $ - | $ - | $ - | $ 25,000.00 | $ - | $ - | $ - |



∎ı Sprint 🛜        4:20 PM        ◀ 🔇 🔋

**❮**      **Statements**      (DC)

## TD Bank
**America's Most Convenient Bank®**

T   STATEMENT OF ACCOUNT



| | |
|---|---|
| CHOATES G CONTRACTING LLC | Page: 1 of 3 |
| DIP CASE 21-13085 DIST NJ | Statement Period: May 01 2021-May 31 2021 |
| 122 DANTON LANE | Cust Ref #: 4389051510-039-T-### |
| MULLICA HILL NJ 08062 | Primary Account #: ⸱1510 |

### Chapter 11 Checking

CHOATES G CONTRACTING LLC              Account #    1510
DIP CASE 21-13085 DIST NJ

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 740.01 | Average Collected Balance | 2,470.76 |
| Deposits | 550.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 306.26 | Days in Period | 31 |
| Ending Balance | 2,983.75 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | DEPOSIT | 550.00 |
| | Subtotal: | 550.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 1,000.00 |
| 05/12 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 500.00 |
| 05/17 | eTransfer Credit, Online Xfer Transfer from CK 4373053770 | 500.00 |
| | Subtotal: | 2,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



of Days in the Billing Cycle. The daily balance is the balance for the day after
advances have been added and payments or credits have been subtracted plus or
minus any other adjustments that might have occurred that day. There is no grace
period during which no finance charge accrues. Finance charge adjustments are
included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHOATES G CONTRACTING LLC
DIP CASE 21-13085 DIST NJ

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | May 01 2021-May 31 2021 |
| Cust Ref #: | 1510-039-T-### |
| Primary Account #: | 1510 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | DEBIT POS, AUT 050121 DDA PURCHASE<br>EXPRESS FUEL          HUNTINGDON VA * PA<br>4085404027087836 | 10.00 |
| 05/05 | DEBIT CARD PURCHASE, AUT 050421 VISA DDA PUR<br>WAWA 8308    00083089    MULLICA HILL * NJ<br>4085404027087836 | 54.15 |
| 05/21 | DEBIT CARD PAYMENT, AUT 052021 VISA DDA PUR<br>INT QUICKBOOKS ONLINE    800 446 8848 * CA<br>4085404027087836 | 70.00 |
| 05/26 | DEBIT CARD PAYMENT, AUT 052421 VISA DDA PUR<br>ADOBE ACROPRO SUBS    800 443 8158 * CA<br>4085404027087836 | 18.12 |
| 05/28 | DEBIT CARD PURCHASE, AUT 052721 VISA DDA PUR<br>ANSWERFORCE        800 461 8520 * OR<br>4085404027087836 | 153.99 |
| | Subtotal: | 306.26 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 740.01 | 05/17 | 3,225.86 |
| 05/03 | 730.01 | 05/21 | 3,155.86 |
| 05/05 | 1,225.86 | 05/26 | 3,137.74 |
| 05/07 | 2,225.86 | 05/28 | 2,983.75 |
| 05/12 | 2,725.86 | | |