

July 16, 2021

**Clerk, United States Bankruptcy Court**
**401 Market Street**
**Camden, NJ 08101**

      RE:    Choates G. Contracting, LLC; Case No. 21-13085-ABA
              Withdrawal of Document

Dear Sir or Madam:

In light of the filing of a modified Chapter 11 Plan at Docket #50, please:

1. Withdraw the Chapter 11 Plan filed at Docket # 47

                                          Very truly yours,

                                          /s/ Daniel L. Reinganum

                                          Daniel L. Reinganum, Esq.