UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / 856-482-5511 (fax)
DanielR@McDowellLegal.com

In Re:

Choates G. Contracting, LLC

| | |
|---|---|
| Case No.: | 21-13085-ABA |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Altenburg |

## CERTIFICATION OF SERVICE

1. I, _____ Kathy Brocious _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____ Daniel Reinganum _____ , who represents _____ the Debtor _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ July 20, 2021 _____ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;

   Class 9 Ballot

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____ July 20, 2021 _____

/s/ Kathy Brocious
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sandra Ronessa Miller<br>3808 Kirkwood Saint Georges Road<br>Bear, DE 19701 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |