| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>856-482-5544 / 856-482-5511 (fax)<br>DanielR@McDowellLegal.com | |
| In Re:<br><br>Choates G. Contracting, LLC | |

| | |
|---|---|
| Case No.: | 21-13085-ABA |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Altenburg |

## CERTIFICATION OF SERVICE

1. I, _____Kathy Brocious_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Daniel Reinganum_____, who represents _____the Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____July 20, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;

   Class 10 Ballot

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 20, 2021                                   /s/ Kathy Brocious
                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BSI Financial Services<br>c/o Jessica Ann Berry<br>Greenspoon Marder, LLP<br>343 Thornall Street, Suite 640<br>Edison, NJ 08837 | Secured Creditor's attorney<br><br>(Notice of Appearance Filed by attorney) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | Secured Creditor<br><br>Per POC Address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |