UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / 856-482-5511 (fax)
DanielR@McDowellLegal.com

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085-ABA

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, _____Kathy Brocious_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Daniel Reinganum_____, who represents _____the Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____July 20, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;
   Class 11 Ballot

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 20, 2021

/s/ Kathy Brocious
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Township of Pennsville Tax Collector<br>Attn: Lauren E. Schoonmaker<br>90 N. Broadway<br>Pennsville, NJ 08070 | Secured Creditor<br>Address per POC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |