| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>856-482-5544 / 856-482-5511 (fax)<br>DanielR@McDowellLegal.com | Case No.: | 21-13085-ABA |
| | Chapter: | 11 |
| In Re:<br><br>Choates G. Contracting, LLC | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Altenburg |

## CERTIFICATION OF SERVICE

1. I, _____Kathy Brocious_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Daniel Reinganum___, who represents ___the Debtor___ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___July 20, 2021___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;

    Class 12 Ballot

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 20, 2021                              /s/ Kathy Brocious
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MidFirst Bank<br>c/o Denise Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Secured Creditor's Attorney<br><br>(Filed notice of appearance at Docket #43) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |