| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>856-482-5544 / 856-482-5511 (fax)<br>DanielR@McDowellLegal.com<br><br>In Re:<br><br>Choates G. Contracting, LLC | Case No.: 21-13085-ABA<br>Chapter: 11<br>Adv. No.:<br>Hearing Date:<br>Judge: Altenburg |

## CERTIFICATION OF SERVICE

1. I, __Kathy Brocious__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Daniel Reinganum__, who represents __the Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 20, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;

    Class 13 Ballot

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 20, 2021                         /s/ Kathy Brocious
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Philly Properties GP, LLC<br>c/o William Katz, Esq.<br>900 E. 8th Ave., Suite 300<br>King of Prussia, PA 19406 | Secured Creditor<br>Notice address per POC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |