UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / 856-482-5511 (fax)
DanielR@McDowellLegal.com

In Re:

Choates G. Contracting, LLC

| | |
|---|---|
| Case No.: | 21-13085-ABA |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Altenburg |

### CERTIFICATION OF SERVICE

1.  I, _____ Kathy Brocious _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Daniel Reinganum _____, who represents
    _____ the Debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ July 20, 2021 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Chapter 11 Plan, Order Setting Deadlines and Scheduling Confirmation;

    Class 14 Ballot

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ July 20, 2021 _____              /s/  Kathy Brocious
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Philly Properties GP, LLC<br>c/o William Katz, Esq.<br>900 E. 8th Ave., Suite 300<br>King of Prussia, PA 19406 | Secured Creditor<br>Notice address per POC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |