UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL 33309
Attorney For BSI Financial Services as servicer for
IRP Fund II Trust 2A

Order Filed on August 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHOATES G. CONTRACTING, LLC

Case No.: 21-13085-ABA

Adv. No.: 

Chapter: 11

Judge: Andrew B. Altenburg Jr.

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ Shirley Palumbo, Esq. _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 401 Cooper Landing Road, Suite C-4, Cherry Hill, NJ 08002-2571 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 3 |

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A jessica.berry@gmlaw.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 13