

**VIA EMAIL**

October 19, 2021

Darrell Choates
dchoatesgc@yahoo.com

    Re:    Choates G. Contracting, LLC
            Case No. 21-13085-ABA
            Subchapter V

Dear Mr. Choates:

The accompanying U.S. Trustee Report for the month of September 2021 was assembled for your analysis of the post-petition transactions of the Debtor under Chapter 11 of the Bankruptcy Code.

This operating report was not examined or reviewed by independent accountants in accordance with the standards promulgated by the American Institute of Certified Public Accountants and is presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles. Accordingly, this report is for the sole use of the parties in interest in this Chapter 11 matter and should not be provided to other parties.

Please review, sign and date the report and send to Counsel to be filed with the Bankruptcy Court. Should you have any questions, please do not hesitate to call.

                                              Very truly yours,

                                              BEDERSON LLP

                                              Charles N. Persing
                                              Partner

CNP:mmp
Enc.
cc:    Daniel Reinganum (danielr@mcdowelllegal.com)
I:\Choates G. Contracting, LLC\Correspondence\Outgoing\2021.10.19 MOR September 2021.doc

CHOATES GENERAL CONTRACTING, LLC

CHAPTER 11 – SUBCHAPTER V

CASE NO: 21-13085 (ABA)

ADDENDUM TO MONTHLY OPERATING REPORT

FOR THE MONTH ENDED SEPTEMBER 30, 2021

We are the Court Appointed Accountants for the Trustee of Choates General Contracting, LLC which filed a Chapter 11 bankruptcy on April 15, 2021.

Due to the bankruptcy, certain financial statements, records and supporting documentation that would normally be present are missing and/or unavailable. The Debtor is in the process of retaining a book keeper to assist in the preparation of the financial statements and other records. This monthly operating report was prepared from the best information available; that is, the Debtor's bank activity. However, due to the lack of certain accounting records at this time, we are unable to attach financial statements (balance sheet, income statement, etc.)

BEDERSON LLP
OCTOBER 2021

**Fill in this information to identify the case:**

Debtor Name: Choates G. Contracting, LLC

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-13085-ABA

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: September 2021

Date report filed: 09/13/2021 (MM/DD/YYYY)

Line of business: Construction

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Darrell Choates, Sr.

Original signature of responsible party: _____

Printed name of responsible party: Darrell Choates, Sr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☒ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Choates G. Contracting, LLC                    Case number 21-13085-ABA

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 601.91

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 6,209.96

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 6,479.21

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -269.25

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 332.66

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name  Choates G. Contracting, LLC                         Case number 21-13085-ABA

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  1
27. What is the number of employees as of the date of this monthly report?  1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 5,000.00
30. How much have you paid this month in other professional fees?  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 310,829.00 | − | $ 6,209.66 | = | $ 304,619.34 |
| 33. Cash disbursements | $ 266,937.00 | − | $ 6,479.21 | = | $ 260,457.79 |
| 34. Net cash flow | $ 43,892.00 | − | $ -269.25 | = | $ 44,161.55 |

35. Total projected cash receipts for the next month:  $ 280,230.00
36. Total projected cash disbursements for the next month:  − $ 240,216.00
37. Total projected net cash flow for the next month:  = $ 43,892.00

Debtor Name <u>Choates G. Contracting, LLC</u>    Case number <u>21-13085-ABA</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT B

## TO AUGUST 2021 MONTHLY OPERATING REPORT

EXPLANATION TO QUESTION NUMBER 10:

The Debtor had prep-petition accounts at Philadelphia Federal Credit Union, Checking #6927. The Debtor's accounts were levied prepetition.

The Debtor has requested closure of the accounts from the Credit Union but the Credit Union has refused to do so, stating that "due to a pending writ placed on this account, we cannot close the account at this time".

See attached Letter from Credit Union



CHOATES GENERAL CONTRACTING
73 WEST ROAD
GIBBSBORO NJ 08026

To Whom It May Concern,

Re: Account Closure Request
0000906927 CHOATES GENERAL

As per your request, unfortunately, due to a pending writ placed on this account, we cannot close the account at this time.

If you have any questions or need additional information, please feel free to contact PFCU at 215-934-3500.

Robert Pacchianelli
Branch Manager

# Overview - CASH FLOW

Chester O. Contracting
Cash Flow Projections
1 Year After Filing

| INCOME | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction Project Income | $ - | $ - | $140,000.00 | $375,000.00 | $378,750.00 | $305,729.00 | $275,130.00 | $121,347.00 | $175,385.00 | $937,164.00 | $938,705.00 | $465,695.00 |
| Rental revenue | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $ - | $ - | $ - | $ - |
| Principal Contribution | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Sale of Real Estate | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $291,000.00 | | | |
| SUB TOTAL | $5,100.00 | $5,100.00 | $145,100.00 | $380,100.00 | $383,850.00 | $310,829.00 | $280,230.00 | $126,447.00 | $469,385.00 | $950,164.00 | $941,705.00 | $468,695.00 |

| EXPENSES | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction Project Expenses | $ - | $ - | $116,666.00 | $310,833.00 | $315,958.00 | $261,835.00 | $235,164.00 | $99,873.00 | $142,404.00 | $756,727.00 | $753,669.00 | $347,203.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Internet/Phone | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| Mortgages/Rental Payments | $4,922.00 | $4,922.00 | $4,922.00 | $4,922.00 | $4,922.00 | $4,922.00 | $4,922.00 | $4,922.00 | $4,251.00 | $4,251.00 | $4,251.00 | $4,251.00 |
| Professional Fees | $ - | $ - | $ - | $ - | $6,000.00 | $ - | $ - | $ - | $25,000.00 | $ - | $ - | $ - |
| SUB TOTAL | $5,052.00 | $5,052.00 | $121,718.00 | $315,885.00 | $327,010.00 | $266,937.00 | $240,216.00 | $104,925.00 | $171,785.00 | $761,108.00 | $758,050.00 | $351,584.00 |

| NET CASH FLOW | $48.00 | $48.00 | $23,382.00 | $64,215.00 | $56,840.00 | $43,892.00 | $40,014.00 | $21,522.00 | $297,600.00 | $229,056.00 | $183,656.00 | $117,111.00 | $1,077,334.00 |



Projects - Cash Flow

Misc. Income

**CASH FLOW PROJECTIONS - MISCELLANEOUS INCOME**

| | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contribution from Principal | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Rental Income - Daniel Green | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | - | - | - | - |
| Rental Income - Scott Peter | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | - | - | - | - |
| Rental Income - Jasmine Kruchama | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | - | - | - | - |

**Sales of Property**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5300 Master Street, Philadelphia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $63,000.00 | 0 | 0 | 0 |
| 73 West Road, Gibbsboro | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $120,000.00 | 0 | 0 | 0 |
| 13 Riviera Drive, Pennsville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $25,000.00 | 0 | 0 | 0 |
| 110 Petco Lane, Glassboro, NJ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $63,000.00 | 0 | 0 | 0 |

$291,000.00

## Misc. Expenses

**CASH FLOW PROJECTIONS - MISCELLANEOUS EXPENSES**

| | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Supplies | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Internet/Phone | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 |
| Misc. Office Expenses | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 |
| **Mortgages / Payments on Properties** | | | | | | | | | | | | |
| 5300 Master Street, Philadelphia | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 73 West Road, Gibbsboro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 13 Elvira Drive, Pennsville | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ 171.00 | $ - | $ - | $ - | $ - |
| 120 Pesce Lane, Glassboro, NJ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 401 Cooper Landing Road | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ - | $ - | $ - | $ - |
| 122 Caxton Lane, Mullica Hill, NJ | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 |
| **MORTGAGE/RENTAL PAYMENTS** | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,922.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 | $ 4,251.00 |
| Professional Fees | $ - | $ - | $ - | $ - | $ 6,000.00 | $ - | $ - | $ - | $ 25,000.00 | $ - | $ - | $ - |

**Bank**

America's Most Convenient Bank®    T

CHOATES G CONTRACTING LLC
DIP CASE 21-13085 DIST NJ
122 DANTON LANE
MULLICA HILL NJ  08062

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 01 2021-Aug 31 2021 |
| Cust Ref #: | 510-039-T-### |
| Primary Account #: | 1510 |

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

### Chapter 11 Checking

CHOATES G CONTRACTING LLC            Account #      1510
DIP CASE 21-13085 DIST NJ

| | | | |
|---|---|---|---|
| Beginning Balance | 54.42 | Average Collected Balance | 440.21 |
| Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,610.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 5,062.51 | Days in Period | 31 |
| Ending Balance | 601.91 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### Deposits

| | | |
|---|---|---|
| 08/04 | DEPOSIT | 3,000.00 |
| | Subtotal: | 3,000.00 |

### Electronic Deposits

| | | |
|---|---|---|
| 08/03 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 1,000.00 |
| 08/04 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 1,000.00 |
| 08/20 | eTransfer Credit, Online Xfer Transfer from CK 4386895557 | 50.00 |
| 08/25 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 60.00 |
| 08/27 | eTransfer Credit, Online Xfer Transfer from CK 4379387321 | 500.00 |
| | Subtotal: | 2,610.00 |

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 601.91 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | _____ |

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Bank

America's Most Convenient Bank®

| | |
|---|---|
| CHOATES G CONTRACTING LLC<br>DIP CASE 21-13085 DIST NJ | Page: 3 of 3<br>Statement Period: Aug 01 2021-Aug 31 2021<br>Cust Ref #: ׀-039-T-###<br>Primary Account #: ׀1510 |

## Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 08/05 | ELECTRONIC PMT-TEL, NATIONSTAR DBA MR COOPER 0646648972 | 4,630.68 |
| 08/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4373053770 | 95.00 |
| 08/10 | DEBIT CARD PAYMENT, AUT 080921 VISA DDA PUR<br>SQUARESPACE INC      HTTPSSQUARESP * NY<br>4085404027087836 | 62.00 |
| 08/13 | DEBIT CARD PAYMENT, AUT 081121 VISA DDA PUR<br>SIMPLEMOBILE SERVICES    877 878 7908 * FL<br>4085404027087836 | 48.71 |
| 08/16 | TD ATM DEBIT, AUT 081421 DDA WITHDRAW<br>700 DELSEA  WILLIAM DRV  GLASSBORO   * NJ<br>4085404027087836 | 90.00 |
| 08/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4373053770 | 5.00 |
| 08/19 | DEBIT CARD PAYMENT, AUT 081721 VISA DDA PUR<br>ADOBE ACROPRO SUBS    800 443 8158 * CA<br>4085404027087836 | 18.12 |
| 08/23 | DEBIT CARD PAYMENT, AUT 082021 VISA DDA PUR<br>INTUIT         CL INTUIT COM * CA<br>4085404027087836 | 80.00 |
| 08/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4386895557 | 20.00 |
| 08/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4386895557 | 13.00 |
| | Subtotal: | 5,062.51 |

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07/31 | 54.42 | 08/16 | 123.03 |
| 08/03 | 1,054.42 | 08/19 | 104.91 |
| 08/04 | 5,054.42 | 08/20 | 154.91 |
| 08/05 | 423.74 | 08/23 | 41.91 |
| 08/06 | 328.74 | 08/25 | 101.91 |
| 08/10 | 266.74 | 08/27 | 601.91 |
| 08/13 | 218.03 | | |