UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085

Chapter: 11 (Small Business Subchapter V)

Judge: Altenburg

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by __Choates G. Contracting, LLC__, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. __December 2, 2021__ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. __December 2, 2021__ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for __December 9, 2021__ at __10:00 am__ for confirmation of the Plan before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Court, District of New Jersey, __400 Cooper Street, Camden, NJ 08101__, in Courtroom __4B__.

*new.2/19/2020*

2