Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
Attorneys for the Debtor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Case No.  21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter 11 |
| | Judge:  Andrew B. Altenburg, Jr. |

### CERTIFICATION OF PLAN VOTING PURSUANT TO LOCAL BANKRUPTCY RULE 3018-2

I, Daniel Reinganum, counsel for the Debtor Choates G. Contracting, LLC, in accordance with local Bankruptcy Rule 3018-2 certify as follows:

1. The results of creditor voting on the Second Amended Plan filed by the Debtors on October 19, 2021 following the deadline of December 2, 2021 to file an acceptance or rejection of the plan is accurately reflected in the following chart:

| Creditor Class and Name | Plan Treatment | Total Number of Votes Received | Number of Votes (by percentage) Received | | Dollar Amount (by percentage) of | | Result |
|---|---|---|---|---|---|---|---|
| | | | ACCEPT | REJECT | ACCEPT | REJECT | |
| Administration | Unimpaired | N/A | N/A | N/A | N/A | N/A | N/A |
| Priority Tax Claims | Unimpaired | N/A | N/A | N/A | N/A | N/A | N/A |
| 1. Nationstar Mortgage | Impaired | 0 | 0% | 0% | 100% | 0% | Deemed Accepted[1] |
| 2. City of Philadelphia – School District | Unimpaired | 0 | N/A | N/A | N/A | N/A | N/A |
| 3. City of Philadelphia – Water Revenue Bureau | Unimpaired | 0 | N/A | N/A | N/A | N/A | N/A |
| 4. Sandra Ronessa Miller | Impaired | 1 | 100% | 0% | 100% | 0% | Accepted |
| 5. BSI Financial Services | Impaired | 0 | N/A | N/A | N/A | N/A | Deemed Accepted[2] |
| 6. Pennsville Township | Impaired | 0 | N/A | N/A | N/A | N/A | Deemed Accepted[3] |
| 7. MidFirst Bank | Impaired | 0 | N/A | N/A | N/A | N/A | Deemed Accepted[4] |
| 8. Philly Properties GP, LLC | Impaired | 0 | N/A | N/A | N/A | N/A | Deemed Accepted[5] |

---

[1] See *In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (Creditor classes that do not vote are presumed to have accepted the plan)
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *Id.*

| 9. General Unsecured Claims | Impaired | 0 | N/A | N/A | N/A | N/A | Deemed Accepted[6] |
|---|---|---|---|---|---|---|---|

2. It appearing that with respect to each class of claims or interests, each class has accepted the plan or is not impaired under the plan.

3. Attached hereto is the lone ballot received in connection with the Debtor's Second Amended Chapter 11 Plan filed October 19, 2021.

4. The Debtor therefore requests that the Court confirm the Chapter 11 plan pursuant to 11 U.S.C.§1191(a)

BY:  /s/ Daniel L. Reinganum           Date:  December 7, 2021
     Daniel L. Reinganum

---

[6] *Id.*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Case No. 21-13085-ABA |
| CHOATES G. CONTRACTING, LLC | Chapter 11 |
| | Judge: Andrew B. Altenburg, Jr. |

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of Dollars ($ 90,000.00    ):

(Check one box only)

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 11/27/2021

Print or type name: Sandra R Miller

Signature: _Sandra R. Miller_

Title (if corporation or partnership) _____

Address: 3808 Kirkwood St. Georges Road

Bear, DE 19701

### RETURN THIS BALLOT TO:

McDowell Law, PC
ATTN: Daniel Reinganum / Choates Balloting
46 West Main Street
Maple Shade, NJ 08052