# Matterhorn Capital Group

Project Summary Sheet

July 12, 2021

Re: Laketown Resort Project
    (Located in Louisiana)

Dear Sirs,

The following is the project summary and requirements for the Laketown Resort Project.

**Project Costs/Duration/Pro Forma:**

1. $450 Million (USD) project costs
2. 36-month construction loan
3. Condo proceeds are expected to be $495 Million (USD).

**Below is a summary of the project funding:**

1. MCG represents family offices who will arrange the debt for this project. Each funding year will be bank guaranteed by Credit Suisse or UBS of Switzerland. (this guarantee requires a $500M minimum loan amount)
2. The family office will fund the entire project cost of $450 Million (USD) plus all fees and costs.
3. 5.5% non-recourse
4. 36-month construction loan
5. You must contribute 20% cash of the total loan. The equity split will be 6% to MCG and 94% to you. We will sell back the 6% equity at wholesale and add that amount to the loan. Therefore, you will maintain 100% ownership.

**Your requirements necessary for project funding:**

1. You will need to bring in 20% cash of the loan amount.
2. $100,000 (USD) for the site/assessment/feasibility report.
3. $350,000 (USD) commitment fee will be due after diligence if we proceed with funding.

**Stipulations for due diligence and commitment fee:**

1. If we do not proceed after due diligence is completed (refer to qualifications as stated above), we will not refund the site/assessment/feasibility report fee.
2. If we proceed after due diligence is completed, we will then issue an unconditional binding Term Sheet. We will also commit to funding this loan 60 to 90 days from receiving the entire commitment fee.
3. At closing, we will reimburse the due diligence and commitment fees.

Sincerely,

*Matterhorn Capital Group*

Corporate Headquarters
101 S. Reid Street, Ste. 307
Sioux Falls, SD 57103
(844) 301-1212

Arizona Office
20860 N. Tatum Blvd., Ste. 300
Phoenix, AZ 85050
(800) 204-5193