**DANIEL L. REINGANUM, ESQ.**
**MCDOWELL LAW, PC**
**46 W. MAIN STREET**
**MAPLE SHADE, NJ 08052**
856-482-5544 / DANIELR@MCDOWELLLEGAL.COM
**ATTORNEYS FOR CHAPTER 11 DEBTOR**



Order Filed on December 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | CASE NO. 21-13085-ABA |
| Choates G. Contracting, LLC | : | |
| Debtor | : | ADV. NO. |
| Choates G. Contracting, LLC | : | |
| Plaintiff, | : | |
| vs. | : | |
| Philly Properties GP, LLC | : | |
| Defendants | : | |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN FILED BY THE CITY OF PHILADELPHIA**

The relief set forth on pages two (2) through two (2) that follow is hereby **ORDERED.**

**DATED: December 15, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

WHEREAS, this matter was opened to the Court by the filing of a Second Amended Chapter 11 Plan by Choates G. Contracting, LLC, Debtor, and the City of Philadelphia having objected to the plan.

For good cause shown it is hereby **ORDERED** as follows:

The City of Philadelphia's claim is hereby reclassified from being a $4,695.47 Class 2 secured claim to being a $4,695.47 Priority Tax Claim in Section 2.1B of the Plan.  This shall not impact the provisions regarding payment of this claim.