Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

Order Filed on December 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |
| | Adv. No. 21-13085-ABA |

### ORDER CONFIRMING CHAPTER 11, SUB-CHAPTER V, NON-CONSENSUAL PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

It appearing that Choates G. Contracting, LLC's Second Amended Small Business Subchapter V Plan, dated October 19, 2021 (Doc. 76, the "Plan of Reorganization"), having been served on creditors, equity security holder(s), and other parties in interest by the Debtor and was transmitted to the Subchapter V trustee and to the United States Trustee; and after the Court received testimony and evidence on the feasibility of the Plan of Reorganization on December 9, 2021, and it having been determined after hearing on notice that the requirements for confirmation set forth in Section 1191(b) of the Bankruptcy Code having been satisfied, it is hereby:

**ORDERED** AS FOLLOWS:

1. The Plan of Reorganization is hereby confirmed pursuant to 11 U.S.C. §1191(b).
2. All objections to the Plan of Reorganization are overruled.
3. Confirmation of the Plan of Reorganization does not discharge any debt provided for in the Plan of Reorganization until the court grants a discharge pursuant to 11 U.S.C. §1192.
4. Douglas S. Stanger, the Subchapter V Trustee to the Debtor's Estate (the "Trustee") shall make all disbursements required under the Plan of Reorganization.
5. The Plan of Reorganization requires the Debtor to make payments to the Trustee each month for sixty (60) months subject to reduction based on certain sales of real property by the Debtor. The Trustee shall make disbursements no less often than once every six months. This shall not prohibit the Trustee from making disbursements more frequently than every six months.
6. The Trustee shall file with the Court periodic reports detailing disbursements made pursuant to the Plan of Reorganization no later than the 20th day after each disbursement.
7. The Default and Material Default provisions set forth in the Plan of Reorganization at Paragraph 2.6 "Events of Default, Material Default, and Consequences Thereof" are hereby incorporated into this Order by reference.

8. The "Consent Order Limited Objection To Chapter 11 Plan [DE#76] (73 West Road, Gibbsboro, NJ 08028) dated December 2, 2021 and docketed at Docket #99 is incorporated into this Order by reference.

9. That portion of the City of Philadelphia's claim which was classified as a Class 2 secured claim in the amount of $4,695.47 shall be reclassified as a Priority Tax Claim in Section 2.1B of the Plan of Reorganization in the amount of $4,695.47.

10. The "Settlement Agreement and Consent Order Resolving Adversary Proceeding and Objection to Confirmation of Chapter 11 Plan of Philly Properties GP, LLC and Drexel Properties GP, LLC" executed by the Debtor and Darrell Choates, Sr. on December 6, 2021 and executed by Philly Properties GP, LLC and Drexel Properties GP, LLC on December 8, 2021, is incorporated into this Order by reference.

11. For purposes of clarity, "confirmation of the plan" as that term is used in the Plan for purposes of establishing deadlines (*e.g. for appraisal or sale of 122 Danton Lane, Mullica Hill, NJ, see Paragraph 2.6 Events of Default, Material Default, and Consequences Thereof*) shall be the date upon which the plan was confirmed by the Court – December 9, 2021.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 401 Cooper Landing Road, Suite C-4, Cherry Hill, NJ 08002-2571 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf903 | Total Noticed: 3 |

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 13