Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13085−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   401 Cooper Landing Road, Suite C−4
   Cherry Hill, NJ 08002

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

## CERTIFICATION OF NO OBJECTION

   I  Joan Lieze , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Multiple Actions: Adversary Proceeding No. 21−01281−ABA (Debtor's action to avoid fixing of judgment lien of Philly Properties GP, LLC); GLO−L−0000433−20 Drexel Properties GP, LLC v. Debtor and Darrell Choates (construction / construction fraud case); Philly Properties and Drexel Properties' objections to confirmation

Dated: January 12, 2022
JAN: jpl

Jeanne Naughton
Clerk