Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter No.: 11 |
| | Adv. No. 21-1281-ABA |

### ORDER APPROVING SETTLEMENT PURSUANT TO RULE 9019

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 12, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter comes before the Court by way of motion by Choates G. Contracting, LLC, for an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving a settlement, and for good cause show, it is hereby:

**ORDERED** that the Settlement Agreement between the Debtor and Philly Properties GP, LLC and Drexel Properties, GP, LLC be and is hereby approved.

**ORDERED** that the Settlement Agreement and Consent Order Resolving Adversary Proceeding and Objection to Confirmation of Chapter 11 Plan of Philly Properties GP, LLC and Drexel Properties, LLC shall be submitted by Debtor's Counsel to chambers for entry on the docket within five (5) days of the entry of this Order.