UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Rhonda E. Greenblatt, Esq
222 New Road, Ste.302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9223 (Fax)
Attorney for the Debtor(s)

Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Ellen N. Kell

| | |
|---|---|
| Case No.: | 18-25337 |
| Chapter: | 13 |
| Judge: | Altenburg, Jr. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 30, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Rhonda E. Greenblatt, Esquire, the applicant, is allowed a fee of $ $900.00 for services rendered and expenses in the amount of $0.00 for a total of $900.00 .  The allowance is payable:

      ☒  through the Chapter 13 plan as an administrative priority.

      ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $942.43 per month for 42 months to allow for payment of the above fee.