UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
DanielR@McDowellLegal.com
Attorneys for Debtor-In-Possession/Reorganized Debtor

Order Filed on February 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Choates G. Contracting, LLC

                Debtor

Case No.: 21-13085-ABA

Hearing Date: _____

Judge: Altenburg

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Daniel L. Reinganum/McDowell Law | $29,977.50 | $3,207.24 |

*rev.8/1/15*