Douglas S. Stanger, Esq. (5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Sub-Chapter V Trustee

Order Filed on February 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>Choates G. Contracting, LLC,<br><br>Debtor. | Camden Vicinage<br>Chapter 11<br><br>Case No.: 21-13085<br><br>Hon. Andrew B. Altenburg, Jr. |
|---|---|

### ORDER AWARDING INTERIM FEES AND REIMBURSEMENT OF EXPENSES FOR DOUGLAS S. STANGER, SUBCHAPTER V TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: February 11, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8694495 v1

**(Page 2)**
**Debtors**: Choates G. Contracting, LLC
**Case No**: 21-13085
<u>**Caption of Order:**  Order Authorizing Interim Compensation and Reimbursement of Expenses for Douglas S. Stanger, Subchapter V Trustee</u>

THIS MATTER having been brought before the court by Douglas S. Stanger, Subchapter V Trustee for an Application for Allowance of Interim Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 330;

IT IS ORDERED that Douglas S. Stanger, Subchapter V Trustee in the captioned matter is granted interim compensation in the amount of $7,660.00 and reimbursement of expenses in the amount of $100.00 to be paid pursuant to the Chapter 11 Plan.

8694495 v1