| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:  **Choates G. Contracting, LLC** | Case No.: **21-13085**<br><br>Adversary No.:<br><br>Chapter: **11**<br><br>Judge: **ABA** |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  **PA Department of Labor & Industry, creditor**
(Example: John Smith, creditor)

Old address:  444 North Third Street, Suite 200
Philadelphia, PA 19123

New address:  801 Market Street, Suite 6121
Philadelphia, PA 19107

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **February 16, 2022**              */s/ Daniel L. Reinganum, Esq.*
                                                        Signature

*rev. 8/1/2021*