| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on March 8, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>    Choates G. Contracting LLC,<br><br>Debtor. | Case No.: 21-13085 ABA<br><br>Adv. No.:<br><br>Hearing Date: 2/22/2022 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenberg, Jr. |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Choates G. Contracting LLC
Case No: 21-13085 ABA
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 120 Peace Lane, Glassboro, NJ 08028, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel L. Reinganum, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor has not been receiving payments from the borrower/borrower's estate; and

It is **ORDERED, ADJUDGED and DECREED** the arrears will not be waived, however not addressed in the context of this motion;

It is **ORDERED, ADJUDGED and DECREED** the Debtor will make adequate protection payments in the amount of $1,102.58 beginning March 1, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall complete the purchase of the subject property, the purchase price of which must be sufficient to pay off Secured Creditor's lien in full unless all parties reach an agreement otherwise; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 11 bankruptcy proceeding, if any of the adequate protection payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred and the loan paid in in full or as otherwise agreed within six months, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that the attorneys' fees and costs for this motion can be added to the total payoff of the loan; and

**(Page 3)**

Debtor: Choates G. Contracting LLC
Case No: 21-13085 ABA
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-13085-ABA

Choates G. Contracting, LLC                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                                Page 1 of 2
Date Rcvd: Mar 08, 2022                  Form ID: pdf903                          Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db  | + | Choates G. Contracting, LLC, 401 Cooper Landing Road, Suite C-4, Cherry Hill, NJ 08002-2571 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2022                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf903 | Total Noticed: 3 |

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 13