3/31/22 11:43AM

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re: **Choates G. Contracting, LLC**

Case No.: **21-13085**

Adversary No.:

Chapter: **11**

Judge: **ABA**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Darrell Choates, debtor in possession**
(Example: John Smith, creditor)

Old address: 401 Cooper Landing Road
Suite C-4
Cherry Hill, NJ 08002

New address: 122 Danton Lane
Mullica Hill, NJ 08062

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **March 31, 2022**

*/s/ Daniel L. Reinganum, Esq.*
Signature

*rev. 8/1/2021*