Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−13085−ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       5/12/22
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Charles N. Persing, Accountant, period: 5/4/2021 to 4/6/2022.

COMMISSION OR FEES
fee: $14,238.00.

EXPENSES
expenses: $73.90.

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 12, 2022
JAN:

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-13085-ABA

Choates G. Contracting, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Apr 12, 2022     Form ID: 137     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| sp | + | Bradley Sclar, Sclar & Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North Marlton, NJ 08053-3422 |
| intp | + | COBA, Inc., c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, M ount Laurel, NJ 08054-2200 |
| r | + | Kelli Fishbein, Keller Williams Realty, 620 Stokes Road, Suite A-D, Medford, NJ 08055-2914 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 519169073 | + | BSI Financial Services, 314 S. Franklin Street, Second Floor, PO Box 517, Titusville, PA 16354-0517 |
| 519221241 | + | BSI Financial Services as servicer for IRP Fund II, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 519169071 | + | Bittenbender Construction, LP, 5 N. Christopher Columbus Blvd., Philadelphia, PA 19106-1402 |
| 519169072 | + | Bitty Advance, 12550 Biscayne Boulevard, #304-B, Miami, FL 33181-2537 |
| 519229136 | + | Daniel Green, 120 Peace Lane, Glassboro, NJ 08028-3221 |
| 519169075 | + | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519229137 | + | Estate of Rita Jones, c/o Rosalind Grant, 2937 Sheldon Road, Louisville, KY 40218-4721 |
| 519169077 | + | Jasmine Hawthorne, 5300 Master Street, Philadelphia, PA 19131-4324 |
| 519169078 | | Midland Mortgage, PO Box 268806, Glassboro, NJ 08028-3221 |
| 519169080 | + | Norman G. Copsetta, Jr., c/o Braedon Realty Company, 401 Cooper Landing Road, Suite C-25, Cherry Hill, NJ 08002-2587 |
| 519169081 | + | Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 519169082 | | Pennsylvania Department of Revenue, PO Box 280948, Attn: Bankruptcy Division, Harrisburg, PA 17128-0948 |
| 519169083 | + | Philadelphia Dept. of Labor and Industry, 801 Market Street, Suite 6121, Philadelphia, PA 19107-3158 |
| 519169084 | + | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519169087 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 519169085 | + | Sandra Ronessa Miller, 3808 Kirkwood Saint Georges Road, Bear, DE 19701-2283 |
| 519229139 | | Scott Polar, 120 Peace Lane, St Thomas, VI 00802-8000 |
| 519203530 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519169086 | | State of New Jersey, Dept of Labor - Div. of Employer Accts, PO Box 951, Trenton, NJ 08646-0059 |
| 519203744 | + | Sunbelt Rentals, 1275 W Mound Street, Columbus, Ohio 43223-2213 |
| 519169088 | | Sunbelt Rentals, Inc., PO Box 409211, Atlanta, GA 30384-9211 |
| 519169089 | | Tashira Good, 73 West Road, Glassboro, NJ 08028 |
| 519169090 | + | Township of Pennsville, Attn: Tax Office, 90 North Broadway, Pennsville, NJ 08070-1750 |
| 519169091 | + | William C. Katz, Esq., 900 E. 8th Avenue, Suite 300, 19406, King of Prussia, PA 19406-1324 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2022 20:29:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 137 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 12 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519169074 | | Email/Text: megan.harper@phila.gov | Apr 12 2022 20:29:00 | City of Philadelphia, Law Department, Municipal Services Build, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 519229167 | | Email/Text: megan.harper@phila.gov | Apr 12 2022 20:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 519242404 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 12 2022 20:31:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519169079 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2022 20:29:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 519233374 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2022 20:29:00 | U.S. Bank National Association, et al., c/o Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519229138 | | Lake Property Development, LLC |
| cr | *+ | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| cr | *+ | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519169076 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Shirley Palumbo, Greenspoon Marder, LLP, 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 137 | Total Noticed: 40 |

    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas S. Stanger
    doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
    on behalf of Interested Party COBA  Inc. keingorn@dbblegal.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP  LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP  LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Philly Properties GP  LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Drexel Properties GP  LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 14