| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>~~SUITE 205~~<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR COBA, INC. |
| In re:<br><br>CHOATES G. CONTRACTING, LLC,<br><br>Debtor. |

Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11
Case No. 21-13085-ABA
The Honorable Andrew B. Altenburg, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

DATED: May 3, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of COBA, Inc. (the "Movant") seeking relief from the automatic stay (the "Motion") and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362 of the Bankruptcy Code is vacated to permit the Movant to proceed with its efforts to re-gain possession and remove the Debtor from the Property located at 401 Cooper Landing Road, Unit C-4, Cherry Hill, New Jersey 08002-2517.

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Sub Chapter V Trustee and any other party who entered an appearance on this Motion.