UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Choates G. Contracting, LLC

Debtor.

| | |
|---|---|
| Case No.: | 21-13085 |
| Chapter: | 11 |
| Judge: | Altenburg, Jr. |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: June 1, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____the debtors_____ for the reduction of time for a hearing on __MOTION TO APPROVE  CONTRACT FOR SALE_____
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 9, 2022_____ at ___9 am___ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. ___4B___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
All Secured Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
All Other Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____2_____ day(s) prior to the scheduled hearing; or

    ☐  may be presented orally at the hearing.

8.    ☒  Court appearances are required to prosecute the motion/application and any objections.

    ☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  PARTIES ARE TO APPEAR VIA COURT SOLUTIONS.  YOU MAY CONTACT COURT SOLUTIONS BY USING THE INFORMATION BELOW AND COURT STAFF WILL APPROVE THAT REQUEST.

    **If objections are filed, hearing will have to be moved to following week on a date t/b/d.**

COURTSOLUTIONS LLC
P: 917 746 7476
www.court-solutions.com

*rev.1/12/22*