Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter No.: 11 |

### CERTIFICATION OF ZERRICK BALKCOM IN SUPPORT OF MOTION TO APPROVE CONTRACT FOR SALE OF 122 DANTON LANE, MULLICA HILL, NEW JERSEY

I, Zerrick Balkcom, of full age do hereby certify:

1. I am the proposed purchaser of 122 Danton Lane, Mullica Hill, New Jersey ('the Property').

2. I have been pre-approved for a conventional loan to purchase the Property for $600,000 with a first position mortgage loan of $480,000 (the 'Loan'). See "Exhibit A", pre-approval from Doug Harda, Mortgage Warehouse.

3. At this time, my application for the Loan does not require additional verification of income, credit, or expenses, and a full loan commitment shall be issued "provided that 122 Danton Lane, Mullica Hill, New Jersey appraises for a minimum value of $600,000 and marketable title can be conveyed by the seller and final proof of funds to close are verified". See "Exhibit A".

4. A $20,000 deposit, in certified funds, is in the attorney trust account of McDowell Law, PC.

5. Additionally, Christopher Dutcher is willing to provide me with an additional $100,000 to assist me with the purchase of the Property. See "Exhibit B", letter from Christopher

    Dutcher and Statement from Discover Savings Ending #6258 evidencing availability of funds.

6. Borrowing this $100,000 will not jeopardize my approval for the Loan. See "Exhibit A".

7. I ask that the Court approve the proposed contract of sale between the Debtor and myself.

BY: _____
    Zerrick Balkcom

DATE: 6-6-22

DocuSign Envelope ID: 84EF2451-8EA5-4544-A8A7-04ECF421BA3D

**The Mortgage Warehouse, LLC**
236 Bell Street
Weirton, Wv. 26062
855-374-5627
Doug@mortgagewarehouse.guru



3 June, 2022

**Zerrick Balkcom**
4075 Higbee Street
Philadelphia, PA. 19135

Dear Zerrick,

This letter is to certify that you have been pre-approved for a conventional, no income documentation loan with a maximum purchase price of $600,000 with a maximum loan amount of $480,000, secured by a first position mortgage lien on the property located at 122 Danton Lane, Mullica Hill, New Jersey. You have indicated that you may be borrowing up to $100,000 to fund the down payment. That proposed loan does not impact this pre-approval.

This pre-approval is issued after review of your credit documents.

A full loan commitment shall be issued provided that 122 Danton Lane, Mullica Hill, New Jersey appraises for a minimum value of $600,000 and marketable title can be conveyed by the seller and final proof of funds to close are verified.

Sincerely,

DocuSigned by:
*Doug Harda*
637940AA20F247E...

Doug Harda

Manager

**EXHIBIT B**

CHRISTOPHER DUTCHER
120 PEACE LANE
GLASSBORO, NJ 08028

June 3, 2022

**TO WHOM IT MAY CONCERN:**

Please be advised that I, Christopher Dutcher, am ready, willing and able to assist Zerrick Balkcom with the balance of the down payment required in connection with his anticipated purchase of 122 Danton Lane, Mullica Hill, New Jersey, up to $100,000.

Attached please find a statement from my Discover Savings Account Ending #6258 showing I have a balance of $110,845 in this account.

BY: _____
Christopher Dutcher



# ONLINE SAVINGS

Account Number: ▊▊▊▊6258
Statement Period: Apr 01, 2022 - May 31, 2022

Page 1 of 3

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance .................................................$280,611.39 | Annual Percentage Yield Earned .................................................0.55% |
| Deposits and Credits.............................................+$60,234.39 | Interest Earned This Period .....................................................$234.39 |
| Electronic Withdrawals.........................................-$170,000.00 | Interest Earned Year-to-Date .................................................$564.09 |
| Service Charges, Fees, and Other Withdrawals...................-$60,000.00 | Days in Statement Period ...........................................................61 |
| Ending Balance ....................................................$110,845.78 | Average Daily Balance .....................................................$254,277.22 |

More inbox, less mailbox. If you are enrolled in paperless statements, over time you can expect to start receiving more routine notices and important updates in the Secure Message Center. We'll send you an email notification when a document is available. To check your settings or enroll, log into the Account Center online or via the Discover® App and visit your Paperless Statement settings.

## ACCOUNT ACTIVITY

Deposits and Credits

| Eff. Date | Bus. Date | Description | | Amount |
|---|---|---|---|---|
| Apr 30 | Apr 30 | Interest Paid | $ | 116.63 |
| May 19 | May 19 | ACH Deposit From Citizens Bank National Associatio | | 60,000.00 |
| May 31 | May 31 | Interest Paid | | 117.76 |
| | | TOTAL DEPOSITS AND CREDITS | $ | 60,234.39 |

Electronic Withdrawals

| | | | | |
|---|---|---|---|---|
| May 16 | May 16 | ACH Withdrawal Citizens Bank National Association | $ | 10,000.00 |
| May 19 | May 19 | ACH Withdrawal Citizens Bank National Association | | 70,000.00 |
| May 26 | May 26 | ACH Withdrawal Citizens Bank National Association | | 90,000.00 |
| | | TOTAL ELECTRONIC WITHDRAWALS | $ | 170,000.00 |

Continued on Page 2

| Contact Us | | | | |
|---|---|---|---|---|
| Online<br>DiscoverBank.com | Mobile<br>Download our app | Phone<br>1-800-347-7000<br>TDD 1-800-347-7454 | Mail<br>Discover Bank, PO Box 30416<br>Salt Lake City, UT 84130 | |

Please fold on the perforation below, detach and return with your deposit.                                                    See last page for important information about your account.

---



CHRIS DUTCHER
OR DARRELL K CHOATES
120 Peace Ln
Glassboro, NJ 08028



**Deposit Slip**   Account number ending in 6258

| Date | | |
|---|---|---|
| List Checks Separately | Dollars | Cents |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| **TOTAL** | $ | . |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
Do not send cash or staple checks to this form.
Mail to: Discover Bank, PO Box 30417, Salt Lake City, UT 84130

⑆031100649⑆    5221516258⑈    110