UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

Case 21-13085-ABA  Doc 170  Filed 06/09/22  Entered 06/09/22 08:35:37  Desc Main
Document  Page 3 of 14



```
ORIGIN ID:WWDA    (856) 482-5544        SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE             ACTWGT: 1.00 LB
MCDOWELL LAW, PC                         CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                    BILL SENDER
UNITED STATES US

TO  IRP FUND II
    BSI FINANCIAL SERVICES AS SERVER
    1425 GREENWAY DRIVE
    SUITE 400
    IRVING TX 75038
 (856) 482-5544         REF: 11533.01
 INV:
 PO:                    DEPT:
```



```
                          THU - 02 JUN 4:30P
TRK# 7770 1482 6741       STANDARD OVERNIGHT
0201
                                 75038
XA DALA            TX-US  DFW
```

**EXHIBIT A**

```
ORIGIN ID:WWDA    (856) 482-5544          SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE              ACTWGT: 1.00 LB
MCDOWELL LAW, PC                          CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                     BILL SENDER
UNITED STATES US

TO  DENISE E, CARLON
    KML LAW GROUP
    701 MARKET STREET
    SUITE 5000
    PHILADELPHIA PA 19106
    (856) 482-5544        REF: 11533.01
    INV:
    PO:                   DEPT:
```




FedEx Express

THU - 02 JUN 4:30P
STANDARD OVERNIGHT

TRK# 7770 1463 3954
0201

17 BBXA                   19106
           PA-US          PHL

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

6/1/22, 3:20 PM                    FedEx Ship Manager - Print Your Label(s)                    https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue    1/1

```
ORIGIN ID:WWDA      (856) 482-5544         SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE               ACTWGT: 1.00 LB
MCDOWELL LAW, PC                           CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                      BILL SENDER
UNITED STATES US

TO  JEFFREY M SPONDER

    OFFICE OF US TRUSTEE
    ONE NEWARK CENTER
    NEWARK NJ 07102
    (856) 482-5544           REF: 11533.01
    INV:
    PO:                      DEPT:
```



FedEx Express



THU - 02 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7770 1475 8376

E2 VAKA                    07102
              NJ-US        EWR

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

6/1/22, 3:26 PM · FedEx Ship Manager - Print Your Label(s)

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue  1/1

```
ORIGIN ID:WWDA      (856) 482-5544          SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE                ACTWGT: 1.00 LB
MCDOWELL LAW, PC                            CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                       BILL SENDER
 UNITED STATES US

TO  JESSICA ANN BERRY
    GREENSPOON MARDER LLP
    343 THORNALL STREET
    SUITE 640
    EDISON NJ 08837
  (856) 482-5544           REF: 11533.01
INV:
PO:                      DEPT:
```




THU - 02 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7770 1452 3192

E2 LDJA                     08837
                        NJ-US   EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

```
ORIGIN ID:WWDA      (856) 482-5544          SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE                 ACTWGT: 1.00 LB
MCDOWELL LAW, PC                             CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                        BILL SENDER
UNITED STATES US

TO  MIDFIRST BANK
    MIDFIRST BANK
    999 NORTHWEST GRAND BLVD

    OKLAHOMA CITY OK 73118
    (856) 482-5544           REF: 11533.01
    INV:
    PO:                      DEPT:
```





THU - 02 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7770 1486 0861
0201

73118
XA TIKA                       OK-US    OKC

```
ORIGIN ID:WWDA    (856) 482-5544        SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE            ACTWGT: 1.00 LB
MCDOWELL LAW, PC                        CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                   BILL SENDER
UNITED STATES US

TO  SANDRA RONESSA MILLER

    3808 KIRKWOOD ST GEORGES ROAD

    BEAR DE 19701
    (856) 482-5544        REF: 11533.01
    INV:
    PO:                   DEPT:
```



```
                    THU - 02 JUN 10:30A
TRK#  7770 1494 2979    PRIORITY OVERNIGHT
0201

                                    19701
17 ILGA              DE-US          PHL
```

FedEx Ship Manager - Print Your Label(s)

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

6/1/22, 3:36 PM

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue  1/1

```
ORIGIN ID:WWDA    (856) 482-5544         SHIP DATE: 01JUN22
DANIEL L. REINGANUM, ESQUIRE             ACTWGT: 1.00 LB
MCDOWELL LAW, PC                         CAD: 105380858/INET4490
46 WEST MAIN STREET

MAPLE SHADE, NJ 08052                    BILL SENDER
UNITED STATES US

TO  SHIRLEY PALUMBO
    GREENSPOON MARDER, LLP
    100 WEST CYPRESS CREEK ROAD
    SUITE 700
    FORT LAUDERDALE FL 33309
    (856) 482-5544         REF: 11533.01
    INV:
    PO:                    DEPT:
```





THU - 02 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7770 1459 2104
0201

XG TNTA         33309
         FL-US   FLL

FedEx Ship Manager - Print Your Label(s)

6/1/22, 3:18 PM

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue    1/1

| ORIGIN ID:WWDA (856) 482-5544 | SHIP DATE: 01JUN22 |
| --- | --- |
| DANIEL L. REINGANUM, ESQUIRE | ACTWGT: 1.00 LB |
| MCDOWELL LAW, PC | CAD: 105380858/INET4490 |
| 46 WEST MAIN STREET | |
| MAPLE SHADE, NJ 08052 | BILL SENDER |
| UNITED STATES US | |

TO **STEVEN P KELLY**
**STERN & EISENBERG, PC**
**1040 N KINGS HIGHWAY**
**SUITE 407**
**CHERRY HILL NJ 08034**
(856) 482-5544    REF: 11533.01
INV:
PO:       DEPT:




THU - 02 JUN 4:30P
**STANDARD OVERNIGHT**

TRK# 7770 1471 0761
0201

**17 WWDA**    NJ-US    **08034**
                        **PHL**



FedEx Ship Manager - Print Your Label(s)

6/1/22, 3:24 PM

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue

1/1

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT A**

| ORIGIN ID:WWDA   (856) 482-5544 | SHIP DATE: 01JUN22 |
| --- | --- |
| DANIEL L. REINGANUM, ESQUIRE | ACTWGT: 1.00 LB |
| MCDOWELL LAW, PC | CAD: 105380858/INET4490 |
| 46 WEST MAIN STREET | |
| MAPLE SHADE, NJ 08052 | BILL SENDER |
| UNITED STATES US | |

TO **ATTN: TAX OFFICE
TOWNSHIP OF PENNSVILLE
90 NORTH BROADWAY**

**PENNSVILLE NJ 08070**
(856) 482-5544      REF: 11533.01
INV:
PO:                           DEPT:

  

**THU - 02 JUN 10:30A
PRIORITY OVERNIGHT**

TRK# 0201   **7770 1499 3557**

**17 ZWIA**      08070
        NJ-US    PHL



6/1/22, 3:38 PM

FedEx Ship Manager - Print Your Label(s)

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue   1/1

**EXHIBIT B**

| Name and Address of Party Served |
|---|
| William Carl Katz<br>Silverang, Rosenzweig & Haltzman, LLC<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 |
| Mark S. Haltzman<br>Silverang Rosenzweig & Haltzman<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 |
| Bradley K. Sclar<br>Five Greentree Centre, Suite 104<br>525 Route 73 North<br>Marlton, NJ 08053 |
| Bittenbender Construction, LP<br>5 N. Christopher Columbus Blvd.<br>Philadelphia, PA 19106 |
| Bitty Advance<br>12550 Biscayne Boulevard<br>#304-B<br>Miami, FL 33181 |
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |
| Daniel Green<br>120 Peace Lane<br>Glassboro, NJ 08028 |
| Drexel Properties GP, LLC<br>926 West Walnut Street<br>Allentown, PA 18102 |
| Estate of Rita Jones<br>c/o Rosalind Grant<br>2937 Sheldon Road<br>Louisville, KY 40218 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346 |

1

| |
|---|
| Philadelphia, PA 19101 |
| Jasmine Hawthorne<br>5300 Master Street<br>Philadelphia, PA 19131 |
| Norman G. Copsetta, Jr.<br>c/o Braedon Realty Company<br>401 Cooper Landing Road, Suite C-25<br>Cherry Hill, NJ 08002 |
| City of Philadelphia<br>Law Department, Municipal Services Build<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 |
| Pennsylvania Department of Revenue<br>PO Box 280948<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0948 |
| Philadelphia Dept. of Labor and Industry<br>Office of Chief Counsel<br>444 North Third Street, Suite 200<br>Philadelphia, PA 19123 |
| Philly Properties GP, LLC<br>926 West Walnut Street<br>Allentown, PA 18102 |
| Scott Polar<br>120 Peace Lane<br>Glassboro, NJ 08028 |
| State of New Jersey<br>Dept of Labor - Div. of Employer Accts<br>PO Box 951<br>Trenton, NJ 08646-0059 |
| State of New Jersey<br>Division of Taxation - Bankruptcy<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695-0267 |
| Sunbelt Rentals<br>1275 W Mound Street<br>Columbus, Ohio 43223 |
| Tashira Good<br>73 West Road<br>Glassboro, NJ 08028 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

3