## City Abstract, LLC
**1050 Kings Highway North**
**Suite 208**
**Cherry Hill, NJ 08034**

Telephone: (856) 481-3094
Fax: (856) 347-4825

June 14, 2022

## Title Order Confirmation

Thank you for the Zerrick Dwayne Balkcom title order. Our office has begun work on the title and will let you know as soon as it is complete. We appreciate your business.

Sincerely,

**Kaitlyn Mertz**
E: kaitlyn@mycityabstract.com
P: (856) 481-3108
F: (856) 347-4825

# Request for Title Commitment

## Part I - Request

**1. To (Name and address of title company)**

City Abstract, LLC
123 Egg Harbor Rd, Ste. 806
Sewell, NJ 08080
(P) 856.290.8015
orders@mycityabstract.com

**2. From (name and address)**

MICHELLE HARDA
Mortgage Warehouse, LLC
Weirton, WV 26062
(P) 304.670.8999
documents@mortgagewarehouse.guru

**3. Signature of Lender:** MICHELLE HARDA

**4. Title:** LOAN PROCESSOR

**5. Date:** 06/13/2022

**6. Lender's No.:**

**7. Name and address of applicant**

Zerrick Dwayne Balkcom
4075 Higbee Street
Philadelphia, PA 19135

## Part II - Property and Mortgage Information

**8. Occupancy Status**
- [ ] Primary Residence
- [ ] Second Home
- [X] Investment Property

**9. Loan Purpose**
- [X] Purchase
- [ ] Cash-Out Refi
- [ ] No Cash-Out Refi

**10. Sales Price:** $ 600,000.00

**11. Loan Amount:** $ 450,000.00

**12. Property Address:** 122 Danton Lane, Mullica Hill, NJ 08062

**13. Legal Description:**

**14. Home Owner's Name and Phone Number:** Darrell Choates, Managing Member  (P) 267.978.3040

**15. Property:** [X] Detached  [ ] Attached  [ ] Condo  [ ] PUD  [ ] CO-OP

**16. Seller:** Choates G. Contracting, LLC

**17. Mortgagee     Lender Case #**

Hometown Equity Mortgage, LLC, dba meMortgage
ISAOA
25531 Commercentre Dr #250
Lake Forest, CA 92630

## Part III - Request for Title Commitment

**18. Attachment**
- [ ] Prior Title Policy
- [ ] Warranty Deed
- [ ] Title Insurance Requirements
- [ ] Survey
- [X] Contract

**19. Type of Policy**

**20. Estimated Closing Date:** 07/15/2022

**21. Mail Away:** [ ] Yes  [X] No

## Part IV - Special Instruction

**LENDER REQUIREMENTS:**

- Provide E&O
- Provide wire instructions
- Provide the prelim report including vesting and 24 month Chain of Title
- Provide current Tax Cert
- Provide Insured Closing Protection Letter dated with 30 days of closing **include Loan amount and Loan Number
- Provide preliminary Settlement Statement (**lender does not accept CD)

Calyx Form - reqtc.frm (11/04)