Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

Order Filed on July 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

### CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 122 DANTON LANE, MULLICA HILL, NEW JERSEY

The relief set forth on pages (2) through (3) is hereby **ORDERED.**

**DATED: July 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | US Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2019-02 |
| Applicant's Counsel: | Steven P. Kelley, Esq. |
| Debtor's Counsel: | Daniel L. Reinganum |
| Property Address: (the 'Collateral') | 122 Danton Lane, Mullica Hill, NJ 08062 |

**FOR GOOD CAUSE SHOWN,** it is **ORDERED** that Applicant's Motion for Relief is resolved, subject to the following conditions.

1. As of the filing of the Motion for Relief, Debtor was four months overdue in post-petition payments, from February 1, 2022 to May 1, 2022 at **$4,045.60** per month.

2. Debtor had a balance held in suspense of **$2,340.32.**

3. Accordingly, the Debtor's total payment arrears were **$13,842.08.**

4. Since the filing of the Motion for Relief, Applicant acknowledges receipt of funds totaling **$14,045.60.**

5. Beginning June 1, 2022, regular monthly mortgage payments shall continue to be made in the amount of **$4,045.60** or as adjusted under any applicable bankruptcy or non-bankruptcy law.  Debtor shall ensure that the loan number appears on each payment.

6.  If paid by check, the Debtor shall tender the regular monthly payments to the following address:

   **Nationstar Mortgage, LLC**
   **ATTN: BK Payments**
   **PO Box 619094**
   **Dallas, TX 75261-9741**

7. If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payment(s) are due, then the Secured Creditor/Applicant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time

the Certification is filed with the court, a copy of the
Certification shall be sent to the Debtor, the Debtor's
attorney, and the Sub-Chapter V Trustee, Douglas Stanger.

8. Applicant shall be entitled to assess any attorney's fees
   and costs associated with the Motion for Relief to the
   Debtor's account pursuant to the terms and conditions of
   the Note and Mortgage executed by the Debtor.

I consent to the form and entry of this order:

BY: _____
      Daniel L. Reinganum, Esq.
      McDowell Law, PC
      Attorney for Debtor


BY: _____
      Steven Kelly, Esq.
      Stern & Eisenberg, PC
      Attorney for Movant