Daniel L. Reinganum  
McDowell Law, PC  
46 W. Main Street  
Maple Shade, NJ 08052  
856-482-5544 / DanielR@McDowellLegal.com  
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

**Order Filed on July 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 122 DANTON LANE, MULLICA HILL, NEW JERSEY**

The relief set forth on pages (2) through (3) is hereby **ORDERED.**

**DATED: July 8, 2022**

Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | US Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2019-02 |
| Applicant's Counsel: | Steven P. Kelley, Esq. |
| Debtor's Counsel: | Daniel L. Reinganum |
| Property Address: (the 'Collateral') | 122 Danton Lane, Mullica Hill, NJ 08062 |

**FOR GOOD CAUSE SHOWN**, it is **ORDERED** that Applicant's Motion for Relief is resolved, subject to the following conditions.

1. As of the filing of the Motion for Relief, Debtor was four months overdue in post-petition payments, from February 1, 2022 to May 1, 2022 at **$4,045.60** per month.

2. Debtor had a balance held in suspense of **$2,340.32**.

3. Accordingly, the Debtor's total payment arrears were **$13,842.08**.

4. Since the filing of the Motion for Relief, Applicant acknowledges receipt of funds totaling **$14,045.60**.

5. Beginning June 1, 2022, regular monthly mortgage payments shall continue to be made in the amount of **$4,045.60** or as adjusted under any applicable bankruptcy or non-bankruptcy law. Debtor shall ensure that the loan number appears on each payment.

6. If paid by check, the Debtor shall tender the regular monthly payments to the following address:

    **Nationstar Mortgage, LLC**
    **ATTN: BK Payments**
    **PO Box 619094**
    **Dallas, TX 75261-9741**

7. If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payment(s) are due, then the Secured Creditor/Applicant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time

2

the Certification is filed with the court, a copy of the Certification shall be sent to the Debtor, the Debtor's attorney, and the Sub-Chapter V Trustee, Douglas Stanger.

8. Applicant shall be entitled to assess any attorney's fees and costs associated with the Motion for Relief to the Debtor's account pursuant to the terms and conditions of the Note and Mortgage executed by the Debtor.

I consent to the form and entry of this order:

BY: _____
Daniel L. Reinganum, Esq.
McDowell Law, PC
Attorney for Debtor


BY: _____
Steven Kelly, Esq.
Stern & Eisenberg, PC
Attorney for Movant

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 21-13085-ABA

Choates G. Contracting, LLC    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 3 |

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
    on behalf of Interested Party COBA Inc. keingorn@dbblegal.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 14