Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

>Case No.: 21−13085−ABA
>Chapter: 11
>Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

**CERTIFICATION OF NO OBJECTION**


   I  Joan Lieze , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

122 Danton Lane, Mullica Hill, NJ 08062


Dated: July 14, 2022
JAN: jpl

>Jeanne Naughton
>Clerk