# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 21-13085 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Choates G. Contracting, LLC

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/15/1995

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on _January 02, 1996_ in <u>Gloucester</u> County, in Book MB3031, at Page P324.
Property Address: <u>120 Peace Lane, Glassboro NJ 08028.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Choates G. Contracting, LLC</u>

POST-PETITION PAYMENTS (Petition filed on April 15, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 03/08/2022. | | | | | - |
| $1,102.58 | 03/01/2022 | | $0.00 | | $0.00 |
| $44.10 | Late Charge | | $0.00 | | $0.00 |
| $1,102.58 | 04/01/2022 | | $0.00 | | $0.00 |
| $44.10 | Late Charge | | $0.00 | | $0.00 |
| $1,102.58 | 05/01/2022 | | $0.00 | | $0.00 |
| $44.10 | Late Charge | | $0.00 | | $0.00 |
| $1,102.58 | 06/01/2022 | | $0.00 | | $0.00 |
| $44.10 | Late Charge | | $0.00 | | $0.00 |
| $1,102.58 | 07/01/2022 | | $0.00 | | $0.00 |
| $44.10 | Late Charge | | $0.00 | | $0.00 |
| Total Due: $5,733.40 | | Total Received: $0.00 | | Arrears: $5,733.40 | |

Continue on attached sheets if necessary.

Monthly payments past due: 5 mos. X $1,102.58.
Late Charges past due: 5 mos. X $44.10.
Arrears: $5,733.40

Each current monthly payment is comprised of:
Effective as of July 27, 2022, the current monthly payment is comprised
of:    Principal and Interest:  $494.56_____
       R.E. Taxes:              $_____

| | | |
|---|---|---|
| Insurance: | $_____ | |
| Other: | $608.02_____ | (Specify: Escrow) |
| TOTAL | $1102.58_____ | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

_____

_____

_____

PRE-PETITION ARREARS: $31,678.47

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8-2-2022

Signature    Crystal Baker
             Vice President