Daniel Louis Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

NOTICE OF BUYER'S EXERCISE OF FIRST RIGHT OF EXTENSION TO CLOSE

To all interested parties:

Please be advised that Purchaser Zerrick Balckom, has exercised his first right to extend the closing date for the purchase of 122 Danton Lane, New Jersey by delivering an additional $10,000 deposit to McDowell Law, PC. In accordance with the Contract for sale, the deadline to close is not extended by 30 days and shall be September 16, 2022.

The failure to close by August 17, 2022 is the result of title issues beyond the control of the Purchaser.

A copy of the additional deposit, in certified funds, supplied to McDowell Law, PC is annexed hereto.

I certify the above statements are true under penalty of perjury.

BY:  /s/ Daniel Louis Reinganum
     Daniel Louis Reinganum
     Attorney for Choates G. Contracting, LLC

1

