Daniel Louis Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

WITHDRAWAL OF DOCUMENT

To THE CLERK OF COURT:

KINDLY WITHDRAW DOCUMENT #190, WHICH CONTAINED A TYPO ("NOT" INSTEAD OF "NOW").  A CORRECTED DOCUMENT WILL BE FILED IMMEDIATELY.

BY:  /s/ Daniel Louis Reinganum

    Daniel Louis Reinganum
    Attorney for Choates G. Contracting, LLC

1