Daniel Louis Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

### CORRECTED
### NOTICE OF BUYER'S EXERCISE OF FIRST RIGHT OF EXTENSION TO CLOSE

To all interested parties:

Please be advised that Purchaser Zerrick Balckom, has exercised his first right to extend the closing date for the purchase of 122 Danton Lane, New Jersey by delivering an additional $10,000 deposit to McDowell Law, PC.  In accordance with the Contract for sale, the deadline to close is **NOW** extended by 30 days and shall be September 16, 2022.

The failure to close by August 17, 2022 is the result of title issues beyond the control of the Purchaser.

A copy of the additional deposit, in certified funds, supplied to McDowell Law, PC is annexed hereto.

I certify the above statements are true under penalty of perjury.

BY:   /s/ Daniel Louis Reinganum
      Daniel Louis Reinganum
      Attorney for Choates G. Contracting, LLC

1

