UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |



US POSTAGE & FEES PAID　062S0014404724
PRIORITY MAIL　10303932
ZONE 1 FLAT-RATE ENVELOPE　FROM 08052
ComPlsPrice



stamps
endicia
08/19/2022

# PRIORITY MAIL 1-DAY™

Kristie Gresh
MCDOWELL LAW, PC
46 W MAIN ST
MAPLE SHADE NJ 08052-2432

**SHIP TO:** Scott E. Braidwood
404 Harvest Mill Way
Mullica Hill NJ 08062-4307

## USPS TRACKING #



9405 5112 0253 0322 1936 43

---

**stamps endicia**    **Shipping Label Receipt**

Delivery Confirmation™ Service Number:

9405 5112 0253 0322 1936 43

Priority Mail 1-DAY with USPS TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $7.75
Weight: 15 oz
Print Date: 08/19/2022    Mailing Date: 08/19/2022

**From:** Kristie Gresh
MCDOWELL LAW, PC
46 W MAIN ST
MAPLE SHADE NJ 08052-2432

**To:** Scott E. Braidwood
404 Harvest Mill Way
Mullica Hill NJ 08062-4307

USPS Postmark Here

*Regular Priority Mail 1-DAY Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.



**US POSTAGE & FEES PAID**　062S0011269811
PRIORITY MAIL　10303932
ZONE 1 FLAT-RATE ENVELOPE　FROM 08052
ComPlsPrice



stamps endicia
08/19/2022

# PRIORITY MAIL 1-DAY™

Kristie Gresh
MCDOWELL LAW, PC
46 W MAIN ST
MAPLE SHADE NJ 08052-2432

**SHIP TO:** Jacqueline M. Vigilante, Esq.
99 N Main St
Mullica Hill NJ 08062-9421

**USPS TRACKING #**



9405 5112 0253 0322 1714 36

---

**stamps endicia**　**Shipping Label Receipt**

Delivery Confirmation™ Service Number:

9405 5112 0253 0322 1714 36

Priority Mail 1-DAY with USPS TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $7.75
Weight: 15 oz
Print Date: 08/19/2022　　Mailing Date: 08/19/2022

**From:** Kristie Gresh
MCDOWELL LAW, PC
46 W MAIN ST
MAPLE SHADE NJ 08052-2432

**To:** Jacqueline M. Vigilante, Esq.　USPS Postmark Here
99 N Main St
Mullica Hill NJ 08062-9421

*Regular Priority Mail 1-DAY Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.