UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel L. Reignanum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Tel: (856) 482-5544 Fax: (856) 482-5511
Email: danielr@mcdowelllegal.com

In re:
**Choates G. Contracting, LLC**

Case No.: **21-13085**

Chapter: **11**

Adv. No.:

Hearing Date: 9/13/2022

Judge: **ABA**

## CERTIFICATION OF SERVICE

1. I, **Kristie Gresh** :

☐ represent ___ in the this matter.

☑ am the secretary/paralegal for **Daniel Reinganum**, who represents **the Debtor In Possession** in the this matter.

☐ am the ___ in the this case and am representing myself.

2. On **August 16 2022** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Motion to Approve Sale - Free and Clear of Liens**
**Amended Certification in Support of Motion**
**Brief (application) In Support of Motion**
**Exhibit A, B, C, D, E, F, G, H, I**
**Amended Proposed Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **August 16, 2022**

**/s/ Kristie Gresh**
Signature



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jessica Ann Berry**<br>Greenspoon Marder LLP<br>343 Thornall Street, Suite 640<br>Edison, NJ 08837 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Shirley Palumbo**<br>Greenspoon Marder, LLP<br>100 West Cypress Creek Rd.<br>Suite 700<br>Fort Lauderdale, FL 33309 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **William Carl Katz**<br>Silverang, Rosenzweig &<br>Haltzman, LLC<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Denise E. Carlon**<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | MidFirst Bank | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Mark S. Haltzman**<br>Silverang Rosenzweig & Haltzman<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Steven P. Kelly**<br>Stern & Eisenberg, P.C.<br>1040 N. Kings Highway<br>Ste 407<br>Cherry Hill, NJ 08034 | Atty for US Bank National Association | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bradley K. Sclar**<br>Five Greentree Centre, Suite 104<br>525 Route 73 North<br>Marlton, NJ 08053 | Special Counsel to the Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jeffrey M. Sponder**<br>Office of U.S. Trustee<br>One Newark Center | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| Newark, NJ 07102 | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Turn-Key Management Corp.<br>ATTN: Officer, Manager, Authorized Agent<br>for service of Process<br>Belleville MI 48111-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Brad V. Shuttleworth, Esq.<br>Alva & Shuttleworth<br>1445 Snyder Avenue<br>Philadelphia PA 19145-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Scott E. Braidwood<br>243 Juniper Lane<br>Swedesboro NJ 08085-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Scott E. Braidwood<br>129 Kingsbridge Drive<br>Lumberton NJ 08048-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bittenbender Construction, LP**<br>**5 N. Christopher Columbus Blvd.**<br>**Philadelphia, PA 19106** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bitty Advance**<br>**12550 Biscayne Boulevard**<br>**#304-B**<br>**Miami, FL 33181** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| BSI Financial Services as servicer for IRP Fund II<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| **Daniel Green**<br>**120 Peace Lane**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Drexel Properties GP, LLC**<br>**926 West Walnut Street**<br>**Allentown, PA 18102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Estate of Rita Jones**<br>**c/o Rosalind Grant**<br>**2937 Sheldon Road**<br>**Louisville, KY 40218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jasmine Hawthorne**<br>**5300 Master Street**<br>**Philadelphia, PA 19131** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| U.S. Bank National Association, et al.<br>c/o Nationstar Mortgage, LLC<br>P.O. Box 619096<br>Dallas, TX 75261 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Norman G. Copsetta, Jr.**<br>**c/o Braedon Realty Company**<br>**401 Cooper Landing Road, Suite C-25**<br>**Cherry Hill, NJ 08002** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| City of Philadelphia<br>Law Department, Municipal Services Build | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |





Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Pennsylvania Department of Revenue**<br>**PO Box 280948**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0948** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Philadelphia Dept. of Labor and Industry**<br>**Office of Chief Counsel**<br>**444 North Third Street, Suite 200**<br>**Philadelphia, PA 19123** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Philly Properties GP, LLC**<br>**926 West Walnut Street**<br>**Allentown, PA 18102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Sandra Ronessa Miller**<br>**3808 Kirkwood Saint Georges Road**<br>**Bear, DE 19701** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Scott Polar**<br>**120 Peace Lane**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **State of New Jersey**<br>**Dept of Labor - Div. of Employer Accts**<br>**PO Box 951**<br>**Trenton, NJ 08646-0059** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **State of New Jersey**<br>**Division of Taxation - Bankruptcy**<br>**3 John Fitch Way, 5th Floor**<br>**PO Box 245**<br>**Trenton, NJ 08695-0267** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Sunbelt Rentals<br>1275 W Mound Street<br>Columbus, Ohio 43223 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail** |



*rev. 8/1/15*
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **Tashira Good**<br>**73 West Road**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Township of Pennsville**<br>**Attn: Tax Office**<br>**90 North Broadway**<br>**Pennsville, NJ 08070** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.



rev. 8/1/15
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy