| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Daniel L. Reignanum, Esquire <br> McDowell Law, PC <br> 46 West Main Street <br> Maple Shade, NJ 08052 <br> Tel: (856) 482-5544  Fax: (856) 482-5511 <br> Email: danielr@mcdowelllegal.com |
| In re: <br> **Choates G. Contracting, LLC** |

Case No.: **21-13085**

Chapter: **11**

Adv. No.:

Hearing Date: 9/13/2022

Judge: **ABA**

## CERTIFICATION OF SERVICE

1. I, __Kristie Gresh__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Daniel Reinganum__, who represents __the Debtor In Possession__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 15, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Order Granting Shortened Time**
    **Motion to Approve Settlement**
    **Brief (application) In Support of Motion**
    **Exhibit A, B, C,**
    **Proposed Order**
    **Application for Shortened Time**
    **Proposed Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: **September 15, 2022**                               /s/ Kristie Gresh
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jessica Ann Berry**<br>Greenspoon Marder LLP<br>343 Thornall Street, Suite 640<br>Edison, NJ 08837 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Shirley Palumbo**<br>Greenspoon Marder, LLP<br>100 West Cypress Creek Rd.<br>Suite 700<br>Fort Lauderdale, FL 33309 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **William Carl Katz**<br>Silverang, Rosenzweig & Haltzman, LLC<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail wkatz@sanddlawyers.com<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Denise E. Carlon**<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | MidFirst Bank | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Mark S. Haltzman**<br>Silverang Rosenzweig & Haltzman<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail mhaltzman@sanddlawyers.com<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Steven P. Kelly**<br>Stern & Eisenberg, P.C.<br>1040 N. Kings Highway<br>Ste 407<br>Cherry Hill, NJ 08034 | Atty for US Bank National Association | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bradley K. Sclar**<br>Five Greentree Centre, Suite 104<br>525 Route 73 North<br>Marlton, NJ 08053 | Special Counsel to the Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jeffrey M. Sponder**<br>Office of U.S. Trustee<br>One Newark Center | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail jeffrey.m.sponder@usdoj.gov |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| Name/Address | Role | Delivery Method |
|---|---|---|
| Newark, NJ 07102 | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Turn-Key Management Corp.<br>ATTN: Officer, Manager, Authorized Agent<br>for service of Process<br>Belleville MI 48111-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Brad V. Shuttleworth, Esq.<br>Alva & Shuttleworth<br>1445 Snyder Avenue<br>Philadelphia PA 19145-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bittenbender Construction, LP**<br>**5 N. Christopher Columbus Blvd.**<br>**Philadelphia, PA 19106** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bitty Advance**<br>**12550 Biscayne Boulevard**<br>**#304-B**<br>**Miami, FL 33181** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| BSI Financial Services as servicer for IRP Fund II<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Daniel Green**<br>**120 Peace Lane**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Drexel Properties GP, LLC**<br>**926 West Walnut Street**<br>**Allentown, PA 18102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |

| Name/Address | Role | Delivery Method |
|---|---|---|
| **Estate of Rita Jones**<br>**c/o Rosalind Grant**<br>**2937 Sheldon Road**<br>**Louisville, KY 40218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jasmine Hawthorne**<br>**5300 Master Street**<br>**Philadelphia, PA 19131** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| U.S. Bank National Association, et al.<br>c/o Nationstar Mortgage, LLC<br>P.O. Box 619096<br>Dallas, TX 75261 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail skelly@sterneisenberg.com<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Norman G. Copsetta, Jr.**<br>**c/o Braedon Realty Company**<br>**401 Cooper Landing Road, Suite C-25**<br>**Cherry Hill, NJ 08002** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| City of Philadelphia<br>Law Department, Municipal Services Build<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Pennsylvania Department of Revenue**<br>**PO Box 280948**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0948** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Philadelphia Dept. of Labor and Industry**<br>**Office of Chief Counsel**<br>**444 North Third Street, Suite 200** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| **Philadelphia, PA 19123** | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Sandra Ronessa Miller**<br>**3808 Kirkwood Saint Georges Road**<br>**Bear, DE 19701** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Scott Polar**<br>**120 Peace Lane**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **State of New Jersey**<br>**Dept of Labor - Div. of Employer Accts**<br>**PO Box 951**<br>**Trenton, NJ 08646-0059** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **State of New Jersey**<br>**Division of Taxation - Bankruptcy**<br>**3 John Fitch Way, 5th Floor**<br>**PO Box 245**<br>**Trenton, NJ 08695-0267** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| Sunbelt Rentals<br>1275 W Mound Street<br>Columbus, Ohio 43223 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Tashira Good**<br>**73 West Road**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| Jacqueline Vigilante<br>90 N Main Street<br>Mullica Hill, NJ 08062 | Attorney for Scott Briarwood | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail jacci@thevigilantelawfirm.com<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Township of Pennsville**<br>**Attn: Tax Office**<br>**90 North Broadway**<br>**Pennsville, NJ 08070** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  **Overnight Mail** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

6

|  |  | (as authorized by the court *) |
|--|--|--|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy