**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter No.:11 |

**NOTICE WITHDRAW ANSWER TO MOTION FOR RELIEF**

TO THE CLERK:

Kindly withdraw Scott Braidwood's Objection to the Motion To Approve Sale Of 122 Danton Lane, Mullica Hill, New Jersey 08062  Free And Clear Of Liens, To Authorize Distribution Of Sales Proceeds, To Void Judgment Of Turn-Key Management Corp.filed at document number 201 and 203 on September 6 and 12, 2022 in the above captioned matter.

        Respectfully submitted,

        **THE VIGILANTE LAW FIRM, P.C.**

**By**:    /s/ Jacqueline M. Vigilante
        Jacqueline M. Vigilante, Esquire
        Attorney for the Interested Party Scott Braidwood
        99 North Main Street
        Mullica Hill NJ 08062
        856-223-9990
        jacci@thevigilantelawfirm.com