UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
danielr@mcdowelllegal.com

Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Choates G. Contracting, LLC

Debtor.

Case No.: 21-13085

Chapter: 13

Judge: ABA

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 21, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of ___the debtors___ for the reduction of time for a hearing on ___MOTION TO APPROVE SETTLEMENT OR COMPROMISE___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___September 27, 2022___ at ___10:30 am___ in the United States Bankruptcy Court, ___400 Cooper Street, 4th Floor, Camden, NJ 08101___, Courtroom No. ___4B___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___Trustee, UST, All parties asserting claims to funds from sale___

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___all other creditors___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Trustee, UST, All parties asserting claims to funds from sale___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

 _____ day(s) prior to the scheduled hearing; or

 ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

 ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. If there is an objection, Movant and objecting Parties must appear by Court Solutions only. No in-person appearances.

*rev.2/1/16*