| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Daniel L. Reignanum, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: danielr@mcdowelllegal.com | |
| In re:<br>**Choates G. Contracting, LLC** | Case No.:   **21-13085**<br><br>Chapter:   **11**<br><br>Adv. No.:<br><br>Hearing Date:   9/27/2022<br><br>Judge:   **ABA** |

## CERTIFICATION OF SERVICE

1. I, **Kristie Gresh** :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for  **Daniel Reinganum** , who represents  **the Debtor In Possession**  in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **September 21, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Order Granting Shortened Time**
   **Motion to Approve Settlement**
   **Brief (application) In Support of Motion**
   **Exhibit A**
   **Proposed Order**
   **Application for Shortened Time**
   **Proposed Order Shortening Time**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **9/21/ 2022**                                                                   **/s/ Kristie Gresh**
                                                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jessica Ann Berry**<br>Greenspoon Marder LLP<br>343 Thornall Street, Suite 640<br>Edison, NJ 08837 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Shirley Palumbo**<br>Greenspoon Marder, LLP<br>100 West Cypress Creek Rd.<br>Suite 700<br>Fort Lauderdale, FL 33309 | Atty for BSI Financial | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **William Carl Katz**<br>Silverang, Rosenzweig & Haltzman, LLC<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail **wkatz@sanddlawyers.com**<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Denise E. Carlon**<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | MidFirst Bank | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Mark S. Haltzman**<br>Silverang Rosenzweig & Haltzman<br>900 E. 8th Avenue<br>Suite 300<br>King of Prussia, PA 19406 | Atty for Drexel Properties GP, LLC and Philly Properties GP, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail **mhaltzman@sanddlawyers.com**<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Steven P. Kelly**<br>Stern & Eisenberg, P.C.<br>1040 N. Kings Highway<br>Ste 407<br>Cherry Hill, NJ 08034 | Atty for US Bank National Association | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Bradley K. Sclar**<br>Five Greentree Centre, Suite 104<br>525 Route 73 North<br>Marlton, NJ 08053 | Special Counsel to the Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jeffrey M. Sponder**<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail **jeffrey.m.sponder@usoj.gov**<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail** |

| Name/Address | Role | Delivery Method |
|---|---|---|
| Turn-Key Management Corp.<br>ATTN: Officer, Manager, Authorized Agent<br>for service of Process<br>Belleville MI 48111-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| Brad V. Shuttleworth, Esq.<br>Alva & Shuttleworth<br>1445 Snyder Avenue<br>Philadelphia PA 19145-0000 | Notice Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| **Bittenbender Construction, LP**<br>**5 N. Christopher Columbus Blvd.**<br>**Philadelphia, PA 19106** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| **Bitty Advance**<br>**12550 Biscayne Boulevard**<br>**#304-B**<br>**Miami, FL 33181** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| BSI Financial Services as servicer for IRP Fund II<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| **Daniel Green**<br>**120 Peace Lane**<br>**Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| **Drexel Properties GP, LLC**<br>**926 West Walnut Street**<br>**Allentown, PA 18102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __Overnight Mail__<br>(as authorized by the court *) |
| **Estate of Rita Jones**<br>**c/o Rosalind Grant** | Creditor | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    rev. 8/1/15    Best Case Bankruptcy

| | | |
|---|---|---|
| **2937 Sheldon Road**<br>**Louisville, KY 40218** | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Jasmine Hawthorne**<br>**5300 Master Street**<br>**Philadelphia, PA 19131** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| U.S. Bank National Association, et al.<br>c/o Nationstar Mortgage, LLC<br>P.O. Box 619096<br>Dallas, TX 75261 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail **skelly@sterneisenberg.com**<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Norman G. Copsetta, Jr.**<br>**c/o Braedon Realty Company**<br>**401 Cooper Landing Road, Suite C-25**<br>**Cherry Hill, NJ 08002** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| City of Philadelphia<br>Law Department, Municipal Services Build<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Pennsylvania Department of Revenue**<br>**PO Box 280948**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0948** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other **Overnight Mail**<br>(as authorized by the court *) |
| **Philadelphia Dept. of Labor and Industry**<br>**Office of Chief Counsel**<br>**444 North Third Street, Suite 200**<br>**Philadelphia, PA 19123** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| | | ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **Philly Properties GP, LLC** <br> **926 West Walnut Street** <br> **Allentown, PA 18102** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **Sandra Ronessa Miller** <br> **3808 Kirkwood Saint Georges Road** <br> **Bear, DE 19701** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **Scott Polar** <br> **120 Peace Lane** <br> **Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **State of New Jersey** <br> **Dept of Labor - Div. of Employer Accts** <br> **PO Box 951** <br> **Trenton, NJ 08646-0059** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **State of New Jersey** <br> **Division of Taxation - Bankruptcy** <br> **3 John Fitch Way, 5th Floor** <br> **PO Box 245** <br> **Trenton, NJ 08695-0267** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| Sunbelt Rentals <br> 1275 W Mound Street <br> Columbus, Ohio 43223 | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **Tashira Good** <br> **73 West Road** <br> **Glassboro, NJ 08028** | Creditor | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| Jacqueline Vigilante <br> 90 N Main Street <br> Mullica Hill, NJ 08062 | Attorney for Scott Briarwood | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☑ E-mail **jacci@thevigilantelawfirm.com** <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other **Overnight Mail** <br> (as authorized by the court *) |
| **Township of Pennsville** | Creditor | ☐ Hand-delivered |

| **Attn: Tax Office** **90 North Broadway** **Pennsville, NJ 08070** | | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  __**Overnight Mail**__<br>(as authorized by the court *) |
|---|---|---|

*rev. 8/1/15*
Best Case Bankruptcy