Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*



## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

Order Filed on September 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**Choates G. Contracting, LLC**

Case No.: 21-13085-ABA

Chapter No.: 11

### ORDER APPROVING SETTLEMENT PURSUANT TO RULE 9019

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been opened to the Court by Choates G. Contracting, LLC, by and through Daniel L. Reinganum, Esq. of McDowell Law, PC for an order Approving Settlement or Controversy Pursuant to Rule 9019 (the '<u>Motion</u>') , and the Court having considered any objections thereto, and having overruled any objections thereto, for good cause shown it is on hereby **ORDERED:**

1. The Settlement between the Debtor and Philly Properties GP, LLC, which was attached to the Motion as Exhibit A is **APPROVED** and the Debtor is authorized to enter into and consummate same.

2. All objections raised by Philly Properties GP, LLC to the Sale of 122 Danton Lane, Mullica Hill, NJ or the settlement reached by the Debtor with Scott E. Braidwood are deemed **WITHDRAWN**.