Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

**Order Filed on November 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

### ORDER CONFIRMING DEBTOR IS NOT SUBJECT TO PAYMENT OF NEW JERSEY REALTY TRANSFER TAX UNDER NJSA 46:15-7

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 2, 2022**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having come before the Court upon the motion of Choates G. Contracting, LLC, Debtor, for confirmation that the New Jersey Real Estate Transfer Tax is not applicable to the sale of 122 Danton Lane, Mullica Hill, New Jersey, and for good cause shown:

**IT IS HEREBY ORDERED AND DECREED AS FOLLOW:**

1. Pursuant to 11 U.S.C. §11146(a), the Debtor's transfer of 122 Danton Lane, Mullica Hill, New Jersey is not subject to taxation under N.J.S.A. 46:15-7 et. seq.

2. The Debtor has the rights and powers of a "trustee in bankruptcy" and accordingly, is entitled to claim the complete exemption available to trustees in bankruptcy pursuant to N.J.S.A. 46:15-10(g).

3. In the event that the Debtor has closed on the sale of 122 Danton Lane Mullica Hill, New Jersey, the Debtor may present this Order to the State of New Jersey, Division of Taxation and be entitled to a refund of the realty transfer tax/fee paid, with such amounts to be refunded within thirty (30) days of service of this Order.