**Daniel Reinganum**

| | |
|---|---|
| **From:** | William Katz <WKatz@sanddlawyers.com> |
| **Sent:** | Friday, December 23, 2022 10:13 AM |
| **To:** | Kristie Gresh; Stanger, Doug; Jacci Vigilante; jeffrey.m.sponder_usdoj.gov |
| **Cc:** | Daniel Reinganum |
| **Subject:** | RE: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA |

Good morning:
While the Order is a bit vague, based upon the statements in the motion as to its purpose as well as those in the email to the Court, on behalf of Philly Properties and Drexel Properties, we do not object.
Thanks,

--
**William C. Katz**
(610) 263-0138

**From:** Kristie Gresh <kgresh@mcdowelllegal.com>
**Sent:** Friday, December 23, 2022 9:50 AM
**To:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; jeffrey.m.sponder_usdoj.gov <jeffrey.m.sponder@usdoj.gov>
**Cc:** Daniel Reinganum <danielr@mcdowelllegal.com>
**Subject:** RE: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA

Good morning,

In lieu of setting an emergency hearing this morning, the Clerk has indicated if we can circulate the attached Order and can confirm there are no objections, the Order can be granted before 1:00 PM today.

Please reply to this email confirming you do not object to the attached form of Order.

Should you have any questions, please contact our office.

Thank you kindly,

**Kristie M. Gresh** | *Supervising Paralegal and Assistant to Ellen M. McDowell, Esq., Robert N. Braverman, Esq., Joseph A. McCormick, Jr., Thomas G. Egner, Esq., Daniel L. Reinganum, Esq., Joseph F. Riga, Esq., Leonard R. Wizmur, Esq., and Paul S. Pflumm, Esq.*

1

## Daniel Reinganum

| | |
|---|---|
| **From:** | Jacci Vigilante <jacci@thevigilantelawfirm.com> |
| **Sent:** | Friday, December 23, 2022 10:11 AM |
| **To:** | Kristie Gresh; Stanger, Doug; William Katz; jeffrey.m.sponder_usdoj.gov |
| **Cc:** | Daniel Reinganum |
| **Subject:** | Re: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA |

On behalf of Scott Braidwood, we have no objection.

*Jacqueline M. Vigilante, Esquire*



99 NORTH MAIN STREET
MULLICA HILL, NJ 08062
856-223-9990

*LEGAL CONFIDENTIAL: The information in this email and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this email in error, please notify me and delete this message. Thank you.

 Please consider the environment before printing this e-mail

---

**From:** Kristie Gresh <kgresh@mcdowelllegal.com>
**Sent:** Friday, December 23, 2022 9:50 AM
**To:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; jeffrey.m.sponder_usdoj.gov <jeffrey.m.sponder@usdoj.gov>
**Cc:** Daniel Reinganum <danielr@mcdowelllegal.com>
**Subject:** RE: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA

Good morning,

In lieu of setting an emergency hearing this morning, the Clerk has indicated if we can circulate the attached Order and can confirm there are no objections, the Order can be granted before 1:00 PM today.

Please reply to this email confirming you do not object to the attached form of Order.

Should you have any questions, please contact our office.

Thank you kindly,

# Daniel Reinganum

| | |
|---|---|
| **From:** | Stanger, Doug <Doug.Stanger@flastergreenberg.com> |
| **Sent:** | Friday, December 23, 2022 11:01 AM |
| **To:** | Kristie Gresh; Jacci Vigilante; William Katz; jeffrey.m.sponder_usdoj.gov |
| **Cc:** | Daniel Reinganum |
| **Subject:** | RE: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA |

No objection from me as Sub V. Trustee.  Thanks

Doug
**Douglas S. Stanger**
**Flaster Greenberg PC**
646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221
Tel: 609.645.1881 · Fax: 609.645.9932 · doug.stanger@flastergreenberg.com

**Website** | **Offices** | **vCard** | **LinkedIn** | **Twitter** | **Facebook** | **Blogs**

*Named One of the Best Places to Work in New Jersey by NJBiz*

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

---

**From:** Kristie Gresh <kgresh@mcdowelllegal.com>
**Sent:** Friday, December 23, 2022 9:50 AM
**To:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; jeffrey.m.sponder_usdoj.gov <jeffrey.m.sponder@usdoj.gov>
**Cc:** Daniel Reinganum <danielr@mcdowelllegal.com>
**Subject:** RE: Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA

---

**ALERT:** This message originated outside of the Flaster Greenberg network. **BE CAUTIOUS** before clicking any link or attachment.

---

Good morning,

In lieu of setting an emergency hearing this morning, the Clerk has indicated if we can circulate the attached Order and can confirm there are no objections, the Order can be granted before 1:00 PM today.

Please reply to this email confirming you do not object to the attached form of Order.

1