**Sean Quigley**

| | |
|---|---|
| **From:** | Daniel Reinganum <danielr@mcdowelllegal.com> |
| **Sent:** | Friday, December 23, 2022 11:50 AM |
| **To:** | jeffrey.m.sponder_usdoj.gov; Chambers_of ABA |
| **Cc:** | doug.stanger_flastergreenberg.com; Jacci Vigilante; William Katz |
| **Subject:** | RE: Choates G. Contracting, LLC; Request to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA by Consent |

<mark>CAUTION - EXTERNAL:</mark>

Good morning Judge Altenburg,

As a follow up to Mr. Sponder's e-mail (wherein he indicated the USTO takes no position other than seeking to ensure that all affected parties received notice of this application), I can represent to the Court and parties that all affected parties have received notice of this application.

Thank you again for your courtesies,

**Daniel L. Reinganum, Esq.** | *Associate Attorney*



**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: (856) 482-5544**
**Fax: (856) 482-5511**
*www.mcdowelllegal.com*

This email message may be a privileged and confidential attorney-client communication that is intended only for the use of the person, firm or entity to whom or to which it is directed. If you are not an intended recipient of this message, please understand that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error or are not a named recipient(s), please immediately notify us at (856) 482- 5544 and delete this e-mail message from your computer.  Thank you.

If this email message is directed to one of our clients, it is deemed to be an attorney-client communication which is privileged under both federal and state law. However, if you disclose the content of this message to a third person, such as by forwarding it via email, you may be waiving the attorney-client privilege, not only as to this message, but as to all of our communications. If you have any questions about disclosing this message to third persons, please contact us immediately.

DEPT. OF TREASURY CIRCULAR 230 DISCLOSURE:  No written statement to be provided by McDowell Law, PC relating to any Federal tax transaction or matter is intended to be used, and no such statement can be used by the taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.  Such written statement is further not intended to be used and may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s).  Any tax advice contained in this communication, including any attachments, should not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and cannot be used, by a taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Sponder, Jeffrey M. (USTP) <Jeffrey.M.Sponder@usdoj.gov>
**Sent:** Friday, December 23, 2022 11:41 AM
**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>

1

**Cc:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; Daniel Reinganum <danielr@mcdowelllegal.com>
**Subject:** RE: Choates G. Contracting, LLC; Request to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA by Consent

Dear Judge Altenburg:

Good morning again.  Kindly ignore my prior email as it was incorrect.  The United States Trustee does **not** have a position concerning this motion.  However, the United States Trustee wants to make sure that all necessary parties received notice.

Respectfully submitted,

Jeffrey M. Sponder

> Jeffrey M. Sponder
> Department of Justice, United States Trust...
> Trial Attorney
>
> (973) 645-3014 Work
> (202) 567-1580 Mobile
> jeffrey.m.sponder@usdoj.gov
> One Newark Center, Suite 2100
> Newark, NJ  07102

**From:** Sponder, Jeffrey M. (USTP) <Jeffrey.M.Sponder@usdoj.gov>
**Sent:** Friday, December 23, 2022 11:37 AM
**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Cc:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; Daniel Reinganum <danielr@mcdowelllegal.com>
**Subject:** RE: Choates G. Contracting, LLC; Request to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA by Consent

Good morning Your Honor.

The United States Trustee does have a position concerning this motion.  However, the United States Trustee wants to make sure that all necessary parties received notice.

Respectfully submitted,

Jeffrey M. Sponder

> Jeffrey M. Sponder
> Department of Justice, United States Trust...
> Trial Attorney
>
> (973) 645-3014 Work
> (202) 567-1580 Mobile
> jeffrey.m.sponder@usdoj.gov
> One Newark Center, Suite 2100
> Newark, NJ  07102

**From:** Daniel Reinganum <danielr@mcdowelllegal.com>
**Sent:** Friday, December 23, 2022 11:21 AM

**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Cc:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; Sponder, Jeffrey M. (USTP) <Jeffrey.M.Sponder@usdoj.gov>
**Subject:** [EXTERNAL] RE: Choates G. Contracting, LLC; Request to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA by Consent

Good morning Judge Altenburg,

Doug Stanger, Sub-V Trustee, Jacci Vigilante (on behalf of Scott Braidwood), and William Katz (on behalf of Philly Properties and Drexel Properties) have advised me that they have no objection to the entry of the Proposed Amended Order. Mr. Sponder has not answered, nor have I been able to reach him by telephone. However, I note that the USTO did not file any objection to the sale at the time it was proposed.

In light of the above, I respectfully submit that the necessary parties have consented and request that the attached Amended Court Order be entered as soon as possible.

Again, I thank the Court for its courtesies in this matter. A motion with regard to this was filed at Docket No. 225, and an application to shorten time was filed at Doc 226. In support I have also filed copies of the written consent of these parties on the docket at 227.

A copy of the proposed order for entry is attached hereto.

Very truly yours,

**Daniel L. Reinganum, Esq.** | *Associate Attorney*



**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: (856) 482-5544**
**Fax: (856) 482-5511**
www.mcdowelllegal.com

This email message may be a privileged and confidential attorney-client communication that is intended only for the use of the person, firm or entity to whom or to which it is directed. If you are not an intended recipient of this message, please understand that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error or are not a named recipient(s), please immediately notify us at (856) 482- 5544 and delete this e-mail message from your computer. Thank you.

If this email message is directed to one of our clients, it is deemed to be an attorney-client communication which is privileged under both federal and state law. However, if you disclose the content of this message to a third person, such as by forwarding it via email, you may be waiving the attorney-client privilege, not only as to this message, but as to all of our communications. If you have any questions about disclosing this message to third persons, please contact us immediately.

DEPT. OF TREASURY CIRCULAR 230 DISCLOSURE: No written statement to be provided by McDowell Law, PC relating to any Federal tax transaction or matter is intended to be used, and no such statement can be used by the taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer. Such written statement is further not intended to be used and may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s). Any tax advice contained in this communication, including any attachments, should not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and cannot be used, by a taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Daniel Reinganum
**Sent:** Friday, December 23, 2022 12:43 AM
**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Cc:** Stanger, Doug <Doug.Stanger@flastergreenberg.com>; Jacci Vigilante <jacci@thevigilantelawfirm.com>; William Katz <WKatz@sanddlawyers.com>; jeffrey.m.sponder_usdoj.gov <jeffrey.m.sponder@usdoj.gov>
**Subject:** Choates G. Contracting, LLC; Application to Shorten Time & Motion to Amend Court's Prior Order Authorizing Sale; 21-13085-ABA

Dear Judge Altenburg,

Attached kindly find a motion to Amend the Court's prior Order approving the sale of 122 Danton Lane as well as an Application to Shorten Time. The court previously approved the sale of this real estate to Zerrick Balckom. For financing purposes, it appears necessary for Mr. Balckom to take title in the name of an LLC. The title company is requiring an amended order approving the sale which permits the sale to an LLC. The date/time requested is December 23, 2022 as soon as possible (I am aware that the request is for a same day hearing and that it is now shortly after 12:30 am on the 23rd). I apologize for the urgency of the request. The basis for the urgency is that the Debtor's major creditors have threatened (not unjustifiably) to seek conversion of this case to Chapter 7 if the sale is not completed by 4:00 pm on December 23, 2022. The parties to this transaction were only made aware of this financing related issue when all parties appeared in my office on December 22 at 3:00 pm with the intention of closing on this sale.

Thank you in advance for any courtesies which the Court can extend to the Debtor and Purchaser in this matter. Copied on this e-mail, are Doug Stanger (Sub-V Trustee), Steven P. Kelly (attorney for 1st mortgage holder, Nationstar/Velocity Capital), Jacci Vigilante (attorney for Scott Braidwood, 2nd mortgage holder), William Katz, Esq. (attorney for Philly Properties GP, LLC and Drexel Properties GP, LLC) and Jeffrey Sponder, Esq. – attorney for the United States Trustee's Office.

Respectfully submitted,


**Daniel L. Reinganum, Esq.** | *Associate Attorney*



**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: (856) 482-5544**
**Fax: (856) 482-5511**
www.mcdowelllegal.com

This email message may be a privileged and confidential attorney-client communication that is intended only for the use of the person, firm or entity to whom or to which it is directed. If you are not an intended recipient of this message, please understand that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error or are not a named recipient(s), please immediately notify us at (856) 482- 5544 and delete this e-mail message from your computer. Thank you.

If this email message is directed to one of our clients, it is deemed to be an attorney-client communication which is privileged under both federal and state law. However, if you disclose the content of this message to a third person, such as by forwarding it via email, you may be waiving the attorney-client privilege, not only as to this message, but as to all of our communications. If you have any questions about disclosing this message to third persons, please contact us immediately.

DEPT. OF TREASURY CIRCULAR 230 DISCLOSURE: No written statement to be provided by McDowell Law, PC relating to any Federal tax transaction or matter is intended to be used, and no such statement can be used by the taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer. Such written statement is further not intended to be used and may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s). Any tax advice contained in this communication, including any attachments,

should not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and cannot be used, by a taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.