Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

**Order Filed on December 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

**ORDER AMENDING COURT'S PRIOR ORDER AUTHORIZING AND APPROVING SALE OF 122 DANTON LANE, MULLICA HILL, NEW JERSEY 08062, AUTHORIZING DISTRIBUTION OF SALES PROCEEDS, VOIDING JUDGMENT OF TURN-KEY MANAGEMENT CORP., SUBJECT TO CONDITIONS**

The relief set forth on the following pages, numbered two (2) through five (5) is hereby **ORDERED**.

**DATED: December 23, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having come before the Court upon the motion of Choates G. Contracting, LLC, Debtor, for an Order Amending the Court's Prior Order Authorizing and Approving the Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062 (and related relief) and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

I. Paragraph 1 of this Court's "Order Authorizing And Approving Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062, Authorizing Distribution of Sales Proceeds, Voiding Judgment of Turn-Key Management Corp., Subject to Conditions" (Entered on September 14, 2022 at Docket Number 205) is hereby **AMENDED** to read as follows:

"    1.    Pursuant to 11 U.S.C. §363(b), the Debtor is authorized to sell real estate located at 122 Danton Lane, Mullica Hill, New Jersey 08062 (the '<u>Real Property</u>') to Zerrick Balckom or an entity wholly owned by Zerrick Balckom (the '<u>Purchaser</u>') consistent with the terms set forth in the Contract attached as Exhibit C to the Motion    "

II. In all other regards, the terms and conditions of this Court's "Order Authorizing And Approving Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062, Authorizing Distribution of Sales Proceeds, Voiding Judgment of Turn-Key Management Corp., Subject to Conditions" (Entered on September 14, 2022 at Docket Number 205) shall remain unaffected.

III. Other than as set forth above, nothing in this Order shall modify the rights of any creditor or party in interest.

IV. The 14 day automatic stay of this order under Rule 6004(h) is waived. This order may be enforced immediately upon its entry.