Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Choates G. Contracting, LLC, Chapter 11 Debtor-in-Possession*

**Order Filed on December 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | Case No.: 21-13085-ABA |
| **Choates G. Contracting, LLC** | Chapter No.: 11 |

### ORDER AMENDING COURT'S PRIOR ORDER AUTHORIZING AND APPROVING SALE OF 122 DANTON LANE, MULLICA HILL, NEW JERSEY 08062, AUTHORIZING DISTRIBUTION OF SALES PROCEEDS, VOIDING JUDGMENT OF TURN-KEY MANAGEMENT CORP., SUBJECT TO CONDITIONS

The relief set forth on the following pages, numbered two (2) through five (5) is hereby **ORDERED**.

**DATED: December 23, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having come before the Court upon the motion of Choates G. Contracting, LLC, Debtor, for an Order Amending the Court's Prior Order Authorizing and Approving the Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062 (and related relief) and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

**I.** Paragraph 1 of this Court's "Order Authorizing And Approving Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062, Authorizing Distribution of Sales Proceeds, Voiding Judgment of Turn-Key Management Corp., Subject to Conditions" (Entered on September 14, 2022 at Docket Number 205) is hereby **AMENDED** to read as follows:

"    1.    Pursuant to 11 U.S.C. §363(b), the Debtor is authorized to sell real estate located at 122 Danton Lane, Mullica Hill, New Jersey 08062 (the 'Real Property') to Zerrick Balckom or an entity wholly owned by Zerrick Balckom (the 'Purchaser') consistent with the terms set forth in the Contract attached as Exhibit C to the Motion       "

**II.** In all other regards, the terms and conditions of this Court's "Order Authorizing And Approving Sale of 122 Danton Lane, Mullica Hill, New Jersey 08062, Authorizing Distribution of Sales Proceeds, Voiding Judgment of Turn-Key Management Corp., Subject to Conditions" (Entered on September 14, 2022 at Docket Number 205) shall remain unaffected.

**III.** Other than as set forth above, nothing in this Order shall modify the rights of any creditor or party in interest.

**IV.** The 14 day automatic stay of this order under Rule 6004(h) is waived. This order may be enforced immediately upon its entry.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-13085-ABA

Choates G. Contracting, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Dec 23, 2022 | Form ID: pdf903 | Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brad V Shuttleworth
     on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com

Daniel L Reinganum
     on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Daniel L Reinganum
     on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Case 21-13085-ABA    Doc 230    Filed 12/25/22    Entered 12/26/22 00:11:19    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2022 | Form ID: pdf903 | Total Noticed: 3 |

Douglas S. Stanger
    doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jacqueline M. Vigilante
    on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
    on behalf of Interested Party COBA  Inc. keingorn@dbblegal.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP  LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP  LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Drexel Properties GP  LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Philly Properties GP  LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 16