UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Attorneys for Choates G. Contracting, LLC

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: _____
Judge: ABA

## ADJOURNMENT REQUEST

1. I, __Daniel Reinganum__,

   ☒ am the attorney for: __Choates G. Contracting, LLC__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on approval of professional fees - McDowell Law, PC

   Current hearing date and time: 02/23/2023 at 2:00 pm

   New date requested: 3/09/2023 at 2:00 pm

   Reason for adjournment request: To resolve informal objections to fee application raised by US Trustee's Office

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 02/15/2023

/s/ Daniel L. Reinganum
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 3/9/23 @ 2 pm    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*