Daniel L. Reinganum, Esquire
McDOWELL LAW, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone (856) 482-5544
Telecopier (856) 482-5511
danielr@mcdowelllegal.com
Attorneys for Debtor-In-Possession

---

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 11 |
| CHOATES G. CONTRACTING, LLC, | : | CASE #21-13085/ABA |
| Debtor-In-Possession. | : | |

**NOTICE TO WITHDRAW DOCKET ENTRY #235**
**(Notice of Motion to Modify Confirmed Chapter 11 Plan and
supporting Certification, Brief, and Order)**

Debtor-In-Possession, CHOATES G. CONTRACTING, LLC, by and through its attorneys, McDOWELL LAW, PC, respectfully requests:

That the Court withdraw the Notice of Motion to Modify Confirmed Chapter 11 Plan and all supporting documents (Docket Entry #235) filed by Daniel L. Reinganum on behalf of debtor on February 21, 2023.

                                                McDOWELL LAW, PC
                                                Attorneys for Debtor-In-Possession,

                                                By: */s/ Daniel L. Reinganum*
DATED:    February 23, 2023            DANIEL L. REINGANUM, ESQUIRE