| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on March 23, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Choates G. Contracting, LLC | Case No.: 21-13085<br>Chapter: 11 (Small Business Subchapter V)<br>Judge: Altenburg |

# ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING ON MODIFIED PLAN AFTER CONFIRMATION

The relief set forth on the following page is **ORDERED**.

**DATED: March 23, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by Choates G. Contracting, LLC, Debtor, upon the filing of a Modified Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, a Motion to approve the Modified Plan, the Modified Plan with a blacklined or similar document marked with the changes to the original pleading, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee, and to the United States Trustee.

B. April 20, 2023 is fixed as the last day for filing and serving written objections to the Motion and confirmation of the Modified Plan.

C. April 20, 2023 is fixed as the last day for voting to accept or reject the Modified Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for April 27, 2023 at 10 am for the Motion and confirmation of the Modified Plan before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Court, District of New Jersey, 400 Cooper Street, Camden, NJ 08101, in Courtroom 4B.

E. A blacklined Modified Plan or similar document marked with the changes to the original pleading must be filed with the court no later than seven (7) days before the confirmation hearing.

F. A Certificate of Service evidencing compliance with this Order must be filed no later than seven (7) days before the confirmation hearing.

*new.3/2022*