UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 23, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Choates G. Contracting, LLC

Case No.:     21-13085

Chapter:     11 (Small Business
Subchapter V)

Judge:     Altenburg

## ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING
## ON MODIFIED PLAN AFTER CONFIRMATION

The relief set forth on the following page is **ORDERED**.

**DATED: March 23, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by <u>Choates G. Contracting, LLC</u>, Debtor, upon the filing of a Modified Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A.   Within 3 days after the entry of this Order, a Motion to approve the Modified Plan, the Modified Plan with a blacklined or similar document marked with the changes to the original pleading, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee, and to the United States Trustee.

B.   <u>April 20, 2023</u> is fixed as the last day for filing and serving written objections to the Motion and confirmation of the Modified Plan.

C.   <u>April 20, 2023</u> is fixed as the last day for voting to accept or reject the Modified Plan under D.N.J. LBR 3018-1(a).

D.   A hearing will be scheduled for <u>April 27, 2023</u> at <u>10 am</u> for the Motion and confirmation of the Modified Plan before the Honorable <u>Andrew B. Altenburg, Jr.</u>, United States Bankruptcy Court, District of New Jersey, <u>400 Cooper Street, Camden, NJ 08101</u>, in Courtroom <u>4B</u>.

E.   A blacklined Modified Plan or similar document marked with the changes to the original pleading must be filed with the court no later than seven (7) days before the confirmation hearing.

F.   A Certificate of Service evidencing compliance with this Order must be filed no later than seven (7) days before the confirmation hearing.

*new.3/2022*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-13085-ABA

Choates G. Contracting, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                      Page 1 of 2

Date Rcvd: Mar 23, 2023                       Form ID: pdf903                               Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad V Shuttleworth | |
| | on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com |
| Daniel L Reinganum | |
| | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | |
| | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1             User: admin             Page 2 of 2

Date Rcvd: Mar 23, 2023             Form ID: pdf903             Total Noticed: 3

Douglas S. Stanger

      doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jacqueline M. Vigilante

      on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com

Jeffrey M. Sponder

      on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry

      on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn

      on behalf of Interested Party COBA  Inc. keingorn@dbblegal.com

Mark S. Haltzman

      on behalf of Creditor Drexel Properties GP  LLC mhaltzman@sanddlawyers.com,
kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman

      on behalf of Creditor Philly Properties GP  LLC mhaltzman@sanddlawyers.com,
kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond

      on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Steven P. Kelly

      on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz

      on behalf of Creditor Drexel Properties GP  LLC wkatz@sanddlawyers.com,
kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz

      on behalf of Creditor Philly Properties GP  LLC wkatz@sanddlawyers.com,
kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 16