UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

In Re:

Choates G. Contracting, LLC

Case No.: ___21-13085-ABA___

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:  ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1.    I, _____Daniel Reinganum, Esq._____,

   ☒  am the attorney for: _____Choates G. Contracting, LLC_____,

   ❑  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _Confirmation of Modified Chapter 11 Plan (and deadline to object / vote)_

   Current hearing date and time: _April 27, 2023 at 10:00 am_

   New date requested: _May 11, 2023 at 10:00 am_

   Reason for adjournment request: _To allow Debtor and primary creditors (Philly/Drexel_

   _Properties) to attempt to resolve informal objections to plan._

2.    Consent to adjournment:

   ❑  I have the consent of all parties.  ☒  I do not have the consent of all parties (explain below):

   _I have the consent of the Philly/Drexel Properties creditors.  I have asked the_

   _Sub-V Trustee and Jeffrey Sponder for their consent, but have not yet heard back._

   No party has withheld consent, they simply have not had adequate time.  In light of the timing of the request Counsel submits this
   Adjournment Request prior to hearing back from them.

I certify under penalty of perjury that the foregoing is true.

Date: ___04/19/2023_____          /s/ Daniel L. Reinganum_____
                                                Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted               New hearing date: _5/11/23 @ 10 am_____        ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____        ❑ Peremptory

❑  Denied

> **IMPORTANT: If your request is granted, you must notify interested parties**
>
> **who are not electronic filers of the new hearing date.**

*rev.10/2021*