Douglas S. Stanger, Esq. (5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Sub-Chapter V Trustee

Order Filed on April 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | Camden Vicinage |
| --- | --- |
| Choates G. Contracting, LLC, | Chapter 11 |
| Debtor. | Case No.: 21-13085 |
|  | Hon. Andrew B. Altenburg, Jr. |

## ORDER AWARDING INTERIM FEES AND REIMBURSEMENT OF EXPENSES FOR DOUGLAS S. STANGER, SUBCHAPTER V TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 28, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8694495 v2

**(Page 2)**
**Debtors**:  Choates G. Contracting, LLC
**Case No:**  21-13085
**Caption of Order:**  Order Authorizing Interim Compensation and Reimbursement of Expenses for Douglas S. Stanger, Subchapter V Trustee

THIS MATTER having been brought before the court by Douglas S. Stanger, Subchapter V Trustee for an Application for Allowance of Interim Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 330;

IT IS ORDERED that Douglas S. Stanger, Subchapter V Trustee in the captioned matter is granted interim compensation in the amount of $11,520.00 and reimbursement of expenses in the amount of $247.73 to be paid pursuant to the Chapter 11 Plan.

8694495 v2