Douglas S. Stanger, Esq. (5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Sub-Chapter V Trustee

**Order Filed on April 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>Choates G. Contracting, LLC,<br><br>               Debtor. | Camden Vicinage<br>Chapter 11<br><br>Case No.: 21-13085<br><br>Hon. Andrew B. Altenburg, Jr. |
|---|---|

**ORDER AWARDING INTERIM FEES AND REIMBURSEMENT OF EXPENSES FOR
DOUGLAS S. STANGER, SUBCHAPTER V TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: April 28, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8694495 v2

**(Page 2)**
**Debtors**:  Choates G. Contracting, LLC
**Case No:**  21-13085
**Caption of Order:**  Order Authorizing Interim Compensation and Reimbursement of Expenses
for Douglas S. Stanger, Subchapter V Trustee


THIS MATTER having been brought before the court by Douglas S. Stanger, Subchapter

V Trustee for an Application for Allowance of Interim Compensation and Reimbursement of

Expenses pursuant to 11 U.S.C. § 330;

IT IS ORDERED that Douglas S. Stanger, Subchapter V Trustee in the captioned matter

is granted interim compensation in the amount of $11,520.00 and reimbursement of expenses in

the amount of $247.73 to be paid pursuant to the Chapter 11 Plan.

8694495 v2

United States Bankruptcy Court

District of New Jersey

In re:                                                           Case No. 21-13085-ABA

Choates G. Contracting, LLC                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2023 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad V Shuttleworth | |
| | on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com |
| Daniel L Reinganum | |
| | on behalf of Debtor Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | |
| | on behalf of Plaintiff Choates G. Contracting  LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 28, 2023                            Form ID: pdf903                            Total Noticed: 3

Douglas S. Stanger
                    doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jacqueline M. Vigilante
                    on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com

Jeffrey M. Sponder
                    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
                    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
                    on behalf of Interested Party COBA  Inc. keingorn@dbblegal.com

Mark S. Haltzman
                    on behalf of Creditor Drexel Properties GP  LLC mhaltzman@sanddlawyers.com,
                    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
                    on behalf of Creditor Philly Properties GP  LLC mhaltzman@sanddlawyers.com,
                    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
                    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Steven P. Kelly
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
                    on behalf of Creditor Drexel Properties GP  LLC wkatz@sanddlawyers.com,
                    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
                    on behalf of Creditor Philly Properties GP  LLC wkatz@sanddlawyers.com,
                    kdaley@sanddlawyers.com;rchew@sanddlawyers.com


TOTAL: 16