# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>Choates G. Contracting, LLC | CASE NO: 21-13085-ABA<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 254 |

On 5/9/2023, I did cause a copy of the following documents, described below,

Motion to approve settlement w Katz Creditors ECF Docket Reference No. 254

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/9/2023

/s/ /s/ Daniel L. Reinganum
/s/ Daniel L. Reinganum

McDowell Law, PC
46 W. Main Street
Maple Shade, NJ  08035
856 482 5544
danielr@mcdowelllegal.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Choates G. Contracting, LLC | CASE NO: 21-13085-ABA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 254 |

On 5/9/2023, a copy of the following documents, described below,

Motion to approve settlement w Katz Creditors ECF Docket Reference No. 254

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ  08035

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First-Class USPS Mail Service.

| | | |
|---|---|---|
| JESSICA ANN BERRY<br>GREENSPOON MARDER LLP<br>343 THORNALL STREET, SUITE 640<br>EDISON, NJ 08837 | SHIRLEY PALUMBO<br>GREENSPOON MARDER, LLP<br>100 WEST CYPRESS CREEK RD.<br>SUITE 700<br>FORT LAUDERDALE, FL 33309 | WILLIAM CARL KATZ<br>SILVERANG, ROSENZWEIG & HALTZMAN, LLC<br>900 E. 8TH AVENUE<br>SUITE 300<br>KING OF PRUSSIA, PA 19406 |
| DENISE E. CARLON<br>KML LAW GROUP, PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA, PA 19106 | MARK S. HALTZMAN<br>SILVERANG ROSENZWEIG & HALTZMAN<br>900 E. 8TH AVENUE<br>SUITE 300<br>KING OF PRUSSIA, PA 19406 | STEVEN P. KELLY<br>STERN & EISENBERG, P.C.<br>1040 N. KINGS HIGHWAY<br>STE 407<br>CHERRY HILL, NJ 08034 |
| BRADLEY K. SCLAR<br>FIVE GREENTREE CENTRE, SUITE 104<br>525 ROUTE 73 NORTH<br>MARLTON, NJ 08053 | JEFFREY M. SPONDER<br>OFFICE OF U.S. TRUSTEE<br>ONE NEWARK CENTER<br>NEWARK, NJ 07102 | TURN-KEY MANAGEMENT CORP.<br>ATTN: OFFICER, MANAGER, AUTHORIZED AGENT<br>FOR SERVICE OF PROCESS<br>BELLEVILLE MI 48111-0000 |
| BRAD V. SHUTTLEWORTH, ESQ.<br>ALVA & SHUTTLEWORTH<br>1445 SNYDER AVENUE<br>PHILADELPHIA PA 19145-0000 | BITTENBENDER CONSTRUCTION, LP<br>5 N. CHRISTOPHER COLUMBUS BLVD.<br>PHILADELPHIA, PA 19106 | BITTY ADVANCE<br>12550 BISCAYNE BOULEVARD<br>#304-B<br>MIAMI, FL 33181 |
| BSI FINANCIAL SERVICES AS SERVICER FOR<br>IRP FUND II<br>1425 GREENWAY DRIVE, SUITE 400<br>IRVING, TX 75038 | WATER REVENUE BUREAU<br>C/O CITY OF PHILADELPHIA LAW DEPARTMENT<br>TAX & REVENUE UNIT<br>BANKRUPTCY GROUP, MSB<br>1401 JOHN F. KENNEDY BLVD., 5TH FLOOR<br>PHILADELPHIA, PA 19102-1595 | DREXEL PROPERTIES GP, LLC<br>926 WEST WALNUT STREET<br>ALLENTOWN, PA 18102 |
| ESTATE OF RITA JONES<br>C/O ROSALIND GRANT<br>2937 SHELDON ROAD<br>LOUISVILLE, KY 40218 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY, OK 73118 |
| U.S. BANK NATIONAL ASSOCIATION, ET AL.<br>C/O NATIONSTAR MORTGAGE, LLC<br>P.O. BOX 619096<br>DALLAS, TX 75261 | CITY OF PHILADELPHIA<br>LAW DEPARTMENT, MUNICIPAL SERVICES<br>BUILD<br>1401 JFK BOULEVARD, 5TH FLOOR<br>PHILADELPHIA, PA 19102-1595 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280948<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG, PA 17128-0948 |
| PHILADELPHIA DEPT. OF LABOR AND<br>INDUSTRY<br>OFFICE OF CHIEF COUNSEL<br>444 NORTH THIRD STREET, SUITE 200<br>PHILADELPHIA, PA 19123 | SANDRA RONESSA MILLER<br>3808 KIRKWOOD SAINT GEORGES ROAD<br>BEAR, DE 19701 | STATE OF NEW JERSEY<br>DEPT OF LABOR - DIV. OF EMPLOYER ACCTS<br>PO BOX 951<br>TRENTON, NJ 08646-0059 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION - BANKRUPTCY<br>3 JOHN FITCH WAY, 5TH FLOOR<br>PO BOX 245<br>TRENTON, NJ 08695-0267 | SUNBELT RENTALS<br>1275 W MOUND STREET<br>COLUMBUS, OHIO 43223 | JACQUELINE VIGILANTE<br>90 N MAIN STREET<br>MULLICA HILL, NJ 08062 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

TOWNSHIP OF PENNSVILLE
ATTN: TAX OFFICE
90 NORTH BROADWAY
PENNSVILLE, NJ 08070