United States Bankruptcy Court
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | __21-13085-ABA__ |
| Choates G. Contracting, LLC | Chapter: | __11__ |
| | Judge: | __Altenburg__ |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

____Choates G. Contracting, LLC____, ____Debtor____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court |
| --- | --- |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __June 6, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Objection to confirmation of Debtor's First Post-Confirmation Modified Plan dated March 16, 2023. This settlement resolves an informal objection of Philly Properties GP, LLC and Drexel Properties GP, LLC to confirmaiton of the Debtor's modified chapter 11 plan. |
| --- | --- |

| Pertinent terms of settlement: | Debtor's Modified Plan is changed in the following way: Debtor/Estate/Sub-V Trustee shall no longer be entitled to a 20% carve-out from Philly Properties GP, LLC's judgment lien with respect to sales of NJ real estate. Monthly payment going forward after confirmation increased from $5,000 /mo. to $5,500/mo in Year 2 of plan. |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

| Name: | Daniel Reinganum |
| --- | --- |
| Address: | McDowell Law, PC, 46 W. Main Street, Maple Shade, NJ 08052 |
| Telephone No.: | 856-482-5544 / DanielR@McDowellLegal.com |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 11, 2023 | Form ID: pdf905 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| sp | + | Bradley Sclar, Sclar & Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North Marlton, NJ 08053-3422 |
| intp | + | COBA, Inc., c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| r | + | Kelli Fishbein, Keller Williams Realty, 620 Stokes Road, Suite A-D, Medford, NJ 08055-2914 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| intp | + | Scott E. Braidwood, 404 Harvest Mill Way, Mullica Hill, NJ 08062-4307 |
| none | + | Turn-Key Management Corp., 47724 Denton Road, Belleville, MI 48111-2254 |
| 519221241 | + | BSI Financial Services as servicer for IRP Fund II, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 519169071 | + | Bittenbender Construction, LP, 5 N. Christopher Columbus Blvd., Philadelphia, PA 19106-1402 |
| 519169072 | + | Bitty Advance, 12550 Biscayne Boulevard, #304-B, Miami, FL 33181-2537 |
| 519229136 | + | Daniel Green, 120 Peace Lane, Glassboro, NJ 08028-3221 |
| 519169075 | + | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519229137 | + | Estate of Rita Jones, c/o Rosalind Grant, 2937 Sheldon Road, Louisville, KY 40218-4721 |
| 519799861 | + | Jacqueline vigilante, 99 North Main St, Mullica Hill 08062-9421 |
| 519169077 | + | Jasmine Hawthorne, 5300 Master Street, Philadelphia, PA 19131-4324 |
| 519169078 | | Midland Mortgage, PO Box 268806, Glassboro, NJ 08028-3221 |
| 519169080 | + | Norman G. Copsetta, Jr., c/o Braedon Realty Company, 401 Cooper Landing Road, Suite C-25, Cherry Hill, NJ 08002-2587 |
| 519169081 | + | Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 519169082 | | Pennsylvania Department of Revenue, PO Box 280948, Attn: Bankruptcy Division, Harrisburg, PA 17128-0948 |
| 519169083 | + | Philadelphia Dept. of Labor and Industry, 801 Market Street, Suite 6121, Philadelphia, PA 19107-3158 |
| 519169084 | + | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519169087 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 519169085 | + | Sandra Ronessa Miller, 3808 Kirkwood Saint Georges Road, Bear, DE 19701-2283 |
| 519229139 | | Scott Polar, 120 Peace Lane, St Thomas, VI 00802-8000 |
| 519203530 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519169086 | | State of New Jersey, Dept of Labor - Div. of Employer Accts, PO Box 951, Trenton, NJ 08646-0059 |
| 519203744 | + | Sunbelt Rentals, 1275 W Mound Street, Columbus, Ohio 43223-2213 |
| 519169088 | | Sunbelt Rentals, Inc., PO Box 409211, Atlanta, GA 30384-9211 |
| 519169089 | | Tashira Good, 73 West Road, Glassboro, NJ 08028 |
| 519169090 | + | Township of Pennsville, Attn: Tax Office, 90 North Broadway, Pennsville, NJ 08070-1750 |
| 519793540 | + | Turn-Key Management Corp., c/o Shuttleworth Law, Brad V. Shuttleworth, Esq., 100 S. Juniper Street, Third Floor Philadelphia, PA 19107-2703 |
| 519169091 | + | William C. Katz, Esq., 900 E. 8th Avenue, Suite 300, 19406, King of Prussia, PA 19406-1324 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdf905 | Total Noticed: 44 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2023 20:38:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 11 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519169073 | + Email/Text: bankruptcy@bsifinancial.com | May 11 2023 20:38:00 | BSI Financial Services, 314 S. Franklin Street, Second Floor, PO Box 517, Titusville, PA 16354-0517 |
| 519169074 | Email/Text: megan.harper@phila.gov | May 11 2023 20:39:00 | City of Philadelphia, Law Department, Municipal Services Build, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 519229167 | Email/Text: megan.harper@phila.gov | May 11 2023 20:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 519242404 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 11 2023 20:51:26 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519169079 | + Email/Text: nsm_bk_notices@mrcooper.com | May 11 2023 20:38:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 519169088 | ^ MEBN | May 11 2023 20:35:37 | Sunbelt Rentals, Inc., PO Box 409211, Atlanta, GA 30384-9211 |
| 519233374 | + Email/Text: nsm_bk_notices@mrcooper.com | May 11 2023 20:38:00 | U.S. Bank National Association, et al., c/o Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519229138 | | Lake Property Development, LLC |
| cr | *+ | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| cr | *+ | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519169076 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Shirley Palumbo, Greenspoon Marder, LLP, 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| 519799862 | ##+ | SCOTT E. BRAIDWOOD, 243 JUNIPER LANE, SWEDESBORO, NJ 08085-4044 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad V Shuttleworth | on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com |
| Daniel L Reinganum | on behalf of Debtor Choates G. Contracting LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Plaintiff Choates G. Contracting LLC DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Jacqueline M. Vigilante | on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jessica Ann Berry | on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com |
| Kyle Francis Eingorn | on behalf of Interested Party COBA Inc. keingorn@dbblegal.com |
| Mark S. Haltzman | on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com |
| Mark S. Haltzman | on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| Steven P. Kelly | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Carl Katz | on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com |
| William Carl Katz | on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com |

TOTAL: 16