Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  21−13085−ABA
                        Chapter:  11
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

**CERTIFICATION OF NO OBJECTION**

     I <u>Jerome Davis</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Objection to confirmation of Debtor's First Post−Confirmation Modified Plan dated March 16, 2023. This settlement resolves an informal objection of Philly Properties GP, LLC and Drexel Properties GP, LLC to confirmaiton of the Debtor's modified chapter 11 plan.

Dated: May 31, 2023
JAN:

                                                        Jeanne Naughton
                                                        Clerk