Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
Attorneys for the Debtor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Case No.  21-13085-ABA |
| Choates G. Contracting, LLC | Chapter 11 |
| | Judge:  Andrew B. Altenburg, Jr. |

**CERTIFICATION OF PLAN VOTING PURSUANT TO DNJ LBR 3018-2**

I, Daniel Reinganum, counsel for the Debtor, in accordance with local Bankruptcy Rule 3018-2 does certify as follows:

1. The results of creditor voting on the Chapter 11 Subchapter V Debtor's First Post-Confirmation Modified Plan of Reorganization dated March 16, 2023, following the expiration of the time to case a vote is set forth on the attached page(s).

| Creditor Class and Name | Plan Treatment | Total Number of Votes Received | Number of Votes (by percentage) Received | | Dollar Amount (by percentage) of | | Result |
|---|---|---|---|---|---|---|---|
| | | | ACCEPT | REJECT | ACCEPT | REJECT | |
| Administration | Unimpaired | N/A | N/A | N/A | N/A | N/A | N/A |
| Priority Tax Claims | Unimpaired | N/A | N/A | N/A | N/A | N/A | N/A |
| 4. Sandra Ronessa Miller | Impaired | 1 | 100% | 0% | 100% | 0% | Accepted |
| 9 General Unsecured Claims | Impaired | 1 | 100% | 0% | 100% | 0% | Accepted |

5. No other classes voted.

6. It appearing that with respect to each class of claims or interests, each class has accepted the plan or is not impaired under the plan.

7. Attached hereto are all ballots received on or before the deadline.

8. The Debtor requests that the Court confirm the Modified Chapter 11 plan pursuant to 11 U.S.C.§1191(b).

BY:   /s/ Daniel L. Reinganum                    Date:  June 5, 2023
      Daniel L. Reinganum

APR 1 0 2023

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In re:<br><br>CHOATES G. CONTRACTING, LLC | Case No. 21-13085-ABA<br><br>Chapter 11<br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid amount of

Dollars ($ __90,000.00__):

(Check one box only)

[X] ACCEPTS THE PLAN           [ ] REJECTS THE PLAN

Dated: __4/5/23__

Print or type name: __Sandra Ronessa Miller__

Signature: __Sandra Ronessa Miller__

Title (if corporation or partnership) _____

Address: __3808 Kirkwood St. Georges Rd__
__Bear, De 19701__

RETURN THIS BALLOT TO:

McDowell Law, PC
ATTN: Daniel Reinganum / Choates Balloting
46 West Main Street
Maple Shade, NJ 08052

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In re: | Case No. 21-13085-ABA |
| CHOATES G. CONTRACTING, LLC | Chapter 11 |
| | Judge: Andrew B. Altenburg, Jr. |

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __9__ claim against the Debtor in the unpaid amount of

Dollars ($ __18565.00__ ):

(Check one box only)

[✓] ACCEPTS THE PLAN           [ ] REJECTS THE PLAN

Dated: __4/6/23__

Print or type name: __SCOTT BRAIDWOOD__

Signature: __Scott Braidwood__

Title (if corporation or partnership): _____

Address: __404 Harvest Mill Way__
__Mullica Hill NJ 08062__

### RETURN THIS BALLOT TO:

McDowell Law, PC
ATTN: Daniel Reinganum / Choates Balloting
46 West Main Street
Maple Shade, NJ 08052