UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esq. (5141)
FLASTER GREENBERG, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(609) 645-1881
doug.stanger@flastergreenberg.com

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085

Adv. No.: 

Hearing Date: 11

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Diana M. Janansky__:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Douglas S. Stanger__, who represents the Sub-Ch. V Trustee in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __July 17, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Sub-Chapter V Trustee's Certification of Default and this Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 17, 2023

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Attorney for Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Darrell Choates, Managing Member<br>Choates G. Contracting, LLC<br>401 Cooper Landing Rd. #C-4<br>Cherry Hill, NJ 08002 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |