UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ellen M. McDowell, Esquire
McDOWELL LAW, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone 856-482-5544
Telecopier 856-482-5511
emcdowell@mcdowelllegal.com
Attorneys for Debtor

In Re:

CHOATES G. CONTRACTING, LLC

Case No.: 21-13085
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 8/10/23
Judge: ABA

## ADJOURNMENT REQUEST

1. I, _____Ellen M. McDowell_____,

    ☒ am the attorney for: _____Choates G. Contracting, LLC, Debtor_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Trustee's Certification of Default

    Current hearing date and time: August 10, 2023 @ 10 a.m.

    New date requested: August 17, 2023 @ 10 a.m.

    Reason for adjournment request: Client is in the hospital
    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: August 7, 2023    /s/ Ellen M. McDowell, Esquire
    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 8/24/23 @ 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*