Douglas S. Stanger, Esq. (5141)
FLASTER/GREENBERG P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
*Sub-Chapter V Trustee*

**Order Filed on August 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | Camden Vicinage<br>Chapter 11 |
|---|---|
| Choates G. Contracting, LLC,<br><br>Debtor. | Case No.: 21-13085<br><br>Hon. Andrew B. Altenburg, Jr. |

### ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors: Choates G. Contracting, LLC
Case No.: 21-13085-ABA
Order Converting Case to Chapter 7

  This matter having come before the Court upon the Subchapter V Trustee's Certification of Default filed with the Court on July 14, 2023 [Docket No. 268]; and Douglas S. Stanger, Esquire having appeared as the Subchapter V Trustee; and Mark Haltzman, Esquire of the firm Silverang, Rosenzweig & Haltzman, having appeared on behalf of Creditor, Philly Properties GP, LLC and Drexel Hill Properties GP, LLC; and Kevin Callahan, Esquire having appeared on behalf of the Office of the United States Trustee; and

  No party having filed any objections or having appeared on behalf of the Debtor, and for good cause shown, it is hereby ORDERED that:

1. This case is hereby converted from a Chapter 11 Subchapter V to a Chapter 7 Bankruptcy.

2. The United States Trustee shall appoint a Chapter 7 Trustee in this case.