# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>Choates G. Contracting, LLC | CASE NO: 12-13085-ABA<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 281<br>Judge: Andrew B. Altenburg, Jr.<br>Hearing Date: October 24, 2023 at 10:00 am<br>Hearing Time: 10:00 am |

On 10/2/2023, I did cause a copy of the following documents, described below,

Complete Motion Package ECF Docket Reference No. 281

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2023

/s/ Daniel Reinganum
Daniel Reinganum  034922011
Attorney for Debtor
Law Offices of Daniel Reinganum
615 White Horse Pike
Haddon Heights, NJ  08035
856 482 5544
daniel@reinganumlaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Choates G. Contracting, LLC | CASE NO: 12-13085-ABA<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 281<br>Judge: Andrew B. Altenburg, Jr.<br>Hearing Date: October 24, 2023 at 10:00 am<br>Hearing Time: 10:00 am |

On 10/2/2023, a copy of the following documents, described below,

Complete Motion Package ECF Docket Reference No. 281

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel Reinganum
Law Offices of Daniel Reinganum
615 White Horse Pike
Haddon Heights, NJ  08035

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
CHOATES G. CONTRACTING, LLC
122 DANTON LANE
MULLICA HILL NJ 08062

FIRST CLASS
DOUGLAS S. STANGER
1810 CHAPEL AVENUE WEST
CHERRY HILL NJ 08002

FIRST CLASS
ELLEN MCDOWELL
MCDOWELL LAW, PC
46 W. MAIN STREET
MAPLE SHADE NJ 08052