| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Daniel Reinganum, Esq.<br>Law Offices of Daniel Reinganum<br>615 White Horse Pike<br>Haddon Heights, NJ<br>856-548-4550 / Daniel@ReinganumLaw.com | Order Filed on October 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Choates G. Contracting, LLC | Case No.: 21-13085-ABA<br>Chapter: 11<br>Hearing Date: October 24, 2023<br>Judge: Altenburg |

## ORDER
## AUTHORIZING DANIEL REINGANUM, ESQ. TO WITHDRAW AS ATTORNEY FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

DATED: October 25, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This Matter having brought before the Court by way of Motion by Daniel Reinganum, Esq. of the Law Offices of Daniel Reinganum for court authorization to withdraw as attorney for Choates G. Contracting, LLC, Debtor, and for good cause shown:

IT IS ORDERED:

1. Daniel Reinganum, Esq. is authorized to withdraw as attorney for Choates G. Contracting, LLC, Debtor.

2. As of the date of the entry of this Order, Daniel Reinganum, Esq. shall no longer be the attorney for Choates G. Contracting, LLC.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13085-ABA |
| Choates G. Contracting, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad V Shuttleworth | |
| | on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com |
| Daniel L Reinganum | |
| | on behalf of Plaintiff Choates G. Contracting  LLC Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;LawOfficesofDanielReinganum@jubileebk.net |
| Daniel L Reinganum | |
| | on behalf of Attorney Law Offices of Daniel Reinganum Daniel@ReinganumLaw.com DanielReinganum@ecf.courtdrive.com;LawOfficesofDanielReinganum@jubileebk.net |
| Daniel L Reinganum | |
| | on behalf of Debtor Choates G. Contracting  LLC Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;LawOfficesofDanielReinganum@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf903 | Total Noticed: 3 |

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas S. Stanger
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
    diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jacqueline M. Vigilante
    on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
    on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
    on behalf of Interested Party COBA  Inc. keingorn@dbblegal.com

Mark S. Haltzman
    on behalf of Creditor Drexel Properties GP  LLC mhaltzman@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
    on behalf of Creditor Philly Properties GP  LLC mhaltzman@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
    on behalf of Creditor Drexel Properties GP  LLC wkatz@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
    on behalf of Creditor Philly Properties GP  LLC wkatz@sanddlawyers.com,
    kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 19