# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CHOATES G. CONTRACTING, LLC,

    Appellant,

v.

DOUGLAS STRANGER,

    Appellee.

Civil Action No. 1:23-cv-20585

**ORDER**

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court by way of *pro se* Appellant Choates G. Contracting, LLC's Notice of Appeal from Bankruptcy Court, filed September 22, 2023, (ECF No. 1); and

    **WHEREAS,** "[i]t is well established that a corporate entity such as a limited liability company may not proceed *pro se* and must be represented by legal counsel," *In re 69 N. Franklin Tpk., LLC*, 693 F. App'x 141, 144 (3d Cir. 2017); and

    **WHEREAS,** Appellant attempts to proceed *pro se*; and

    **WHEREAS,** Federal Rule of Bankruptcy Procedure 8009 requires that, within 14 days of filing a notice of appeal, an "appellant must file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and statement of the issues to be presented," Fed. R. BANKR. P. 8009(a)(1)(A)–(B); and

    **WHEREAS,** Appellant failed to file a designation of items to be included in the record and a statement of issues within 14 days of the Notice of Appeal; and

**WHEREAS,** on October 12, 2023, the Bankruptcy Clerk issued a letter notifying Appellant that it "failed to file such designation or to request an extension of time within which to file same," (ECF No. 2); therefore

**IT IS** on this 4th day of December, 2023,

**ORDERED** that this Appeal is **DISMISSED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Appellant is granted thirty (30) days to obtain counsel and cure its Rule 8009 deficiencies.

*Christine P. O'Hearn*

**CHRISTINE P. O'HEARN**
**United States District Judge**