Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  21–13085–ABA
                          Chapter:  7
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83–1406201

## CERTIFICATION OF NO OBJECTION

    I <u>Jerome Davis</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

5300 Master St., Philadelphia, PA 19131 – $200,000.00

Dated: June 5, 2024
JAN: jgd

                                                                                Jeanne Naughton
                                                                                Clerk