Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−13085−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

**CERTIFICATION OF NO OBJECTION**

   I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

13 Riviera Dr., Pennsville, NJ Vacant Lot − $45,800.00

Dated: July 10, 2024
JAN: jgd

                                              Jeanne Naughton
                                              Clerk