WED-67008 0312-1 pdf905 21-13085
McDowell Law PC
46 West Main Street
Maple Shade, NJ 08052

*Case # 21-13085*

001924 1924 1 AB 0.544 08062 1 2 10174-1-2336

Scott E. Braidwood
404 Harvest Mill Way
Mullica Hill, NJ 08062-4307

JEANNE A. NAUGHTON, CLERK
FILED
OCT 25 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY: _____ DEPUTY

*New Address: 1728 Gianna Dr.
Glassboro, NJ 08028-3459*

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

001924    67008001925011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:    __21-13085__

CHOATES G. CONTRACTING, LLC,              Chapter:     __7__

                         Debtor.          Judge:       __ABA__

## NOTICE OF PROPOSED ABANDONMENT

__Douglas S. Stanger__, __Ch. 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __July 16, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 13 Riviera Dr., Pennsville, NJ Vacant Lot - $45,800.00

Liens on property:    Township of Pennsville, NJ Tax Collector - $23,410.22

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name:    Douglas S. Stanger, Ch. 7 Trustee
Address: 1810 Chapel Avenue West, Cherry Hill, NJ 08002
Telephone No.: (609) 645-1881

rev.8/1/15

SCOTT E BRAIDWOOD
1728 GIANNA DR
GLASSBORO, NJ 08028

SOUTH JERSEY NJ 080
23 OCT 2024 PM 6 L

U.S. Post Office & Courthouse
401 Market Street
Camden, NJ 08101

RECEIVED
OCT 25 2024
AT 8:30 ___ M
CLERK, U.S. DISTRICT COURT - DNJ

