Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−13085−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:	January 23, 2025
TIME:	02:00 PM
LOCATION:	Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:	$1,153.16
TOTAL DISBURSEMENTS:	$0.95
BALANCE ON HAND:	$1,152.21

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Douglas S. Stanger. The United States Trustee

COMMISSION OR FEES
$0.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: December 20, 2024
JAN: jgd

                                                                                          Jeanne Naughton
                                                                                          Clerk