Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13085−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Choates G. Contracting, LLC
122 Danton Lane
Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
83−1406201

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:          January 23, 2025
TIME:          02:00 PM
LOCATION:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $1,153.16
TOTAL DISBURSEMENTS:     $0.95
BALANCE ON HAND:         $1,152.21

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Douglas S. Stanger. The United States Trustee

COMMISSION OR FEES
$0.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: December 20, 2024
JAN: jgd

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 21-13085-ABA

Choates G. Contracting, LLC     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Dec 20, 2024     Form ID: 192     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choates G. Contracting, LLC, 122 Danton Lane, Mullica Hill, NJ 08062-4733 |
| aty | + | Bradley K. Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North, Marlton, NJ 08053-3422 |
| aty | + | Law Offices of Daniel Reinganum, PO BOX 310, Barrington, NJ 08007, UNITED STATES 08007-0310 |
| aty | + | McDowell Law PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Shirley Palumbo, Greenspoon Marder, LLP, 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| sp | + | Bradley Sclar, Sclar & Sclar, Five Greentree Centre, Suite 104, 525 Route 73 North Marlton, NJ 08053-3422 |
| intp | + | COBA, Inc., c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, M ount Laurel, NJ 08054-2200 |
| r | + | Kelli Fishbein, Keller Williams Realty, 620 Stokes Road, Suite A-D, Medford, NJ 08055-2914 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| none | + | Turn-Key Management Corp., 47724 Denton Road, Belleville, MI 48111-2254 |
| 519221241 | + | BSI Financial Services as servicer for IRP Fund II, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 519169071 | + | Bittenbender Construction, LP, 5 N. Christopher Columbus Blvd., Philadelphia, PA 19106-1402 |
| 519169072 | + | Bitty Advance, 12550 Biscayne Boulevard, #304-B, Miami, FL 33181-2501 |
| 519229136 | + | Daniel Green, 120 Peace Lane, Glassboro, NJ 08028-3221 |
| 519169075 | + | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519229137 | + | Estate of Rita Jones, c/o Rosalind Grant, 2937 Sheldon Road, Louisville, KY 40218-4721 |
| 519799861 | + | Jacqueline vigilante, 99 North Main St, Mullica Hill 08062-9421 |
| 519169077 | + | Jasmine Hawthorne, 5300 Master Street, Philadelphia, PA 19131-4324 |
| 519169078 | | Midland Mortgage, PO Box 268806, Glassboro, NJ 08028-3221 |
| 519169080 | + | Norman G. Copsetta, Jr., c/o Braedon Realty Company, 401 Cooper Landing Road, Suite C-25, Cherry Hill, NJ 08002-2587 |
| 519169081 | + | Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 519169082 | | Pennsylvania Department of Revenue, PO Box 280948, Attn: Bankruptcy Division, Harrisburg, PA 17128-0948 |
| 519169083 | + | Philadelphia Dept. of Labor and Industry, 801 Market Street, Suite 6121, Philadelphia, PA 19107-3158 |
| 519169084 | + | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| 519799862 | + | SCOTT E. BRAIDWOOD, 1728 Gianna Drive, Glassboro, NJ 08028-3459 |
| 519169085 | + | Sandra Ronessa Miller, 3808 Kirkwood Saint Georges Road, Bear, DE 19701-2283 |
| 519229139 | | Scott Polar, 120 Peace Lane, St Thomas, VI 00802-8000 |
| 519169086 | | State of New Jersey, Dept of Labor - Div. of Employer Accts, PO Box 951, Trenton, NJ 08646-0059 |
| 519203744 | + | Sunbelt Rentals, 1275 W Mound Street, Columbus, Ohio 43223-2213 |
| 519169089 | | Tashira Good, 73 West Road, Glassboro, NJ 08028 |
| 519169090 | + | Township of Pennsville, Attn: Tax Office, 90 North Broadway, Pennsville, NJ 08070-1750 |
| 519793540 | + | Turn-Key Management Corp., c/o Shuttleworth Law, Brad V. Shuttleworth, Esq., 100 S. Juniper Street, Third Floor Philadelphia, PA 19107-2703 |
| 520436436 | + | WINSLOW TWP TAX COLLECTOR, 125 South Route 73, Braddock NJ 08037-9423 |
| 519169091 | + | William C. Katz, Esq., 900 E. 8th Avenue, Suite 300, 19406, King of Prussia, PA 19406-1324 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: 192 | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2024 20:45:00 | Federal Bldg., Newark, NJ 07102-2534 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519169073 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 20 2024 20:44:00 | BSI Financial Services, 314 S. Franklin Street, Second Floor, PO Box 517, Titusville, PA 16354-0517 |
| 519169074 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 20:45:00 | City of Philadelphia, Law Department, Municipal Services Build, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 519229167 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 20:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 519169076 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 20:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519242404 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 20 2024 20:47:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519169079 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 20:44:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 519169087 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2024 20:43:00 | State of New Jersey, Division of Taxation - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 519203530 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2024 20:43:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519169088 | ^ | MEBN | Dec 20 2024 20:37:39 | Sunbelt Rentals, Inc., PO Box 409211, Atlanta, GA 30384-9211 |
| 519233374 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 20:44:00 | U.S. Bank National Association, et al., c/o Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519229138 | | Lake Property Development, LLC |
| cr | *+ | Drexel Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| cr | *+ | Philly Properties GP, LLC, 926 West Walnut Street, Allentown, PA 18102-4860 |
| intp | *+ | Scott E. Braidwood, 1728 Gianna Dr, Glassboro, NJ 08028-3459 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 20, 2024 | Form ID: 192 | Total Noticed: 47 |
| Date: Dec 22, 2024 | Signature: /s/Gustava Winters | |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brad V Shuttleworth
on behalf of Unknown Role Type Turn-Key Management Corp. brad@shuttleworth-law.com

Daniel L Reinganum
on behalf of Plaintiff Choates G. Contracting LLC Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;LawOfficesofDanielReinganum@jubileebk.net

Daniel L Reinganum
on behalf of Attorney Law Offices of Daniel Reinganum Daniel@ReinganumLaw.com DanielReinganum@ecf.courtdrive.com;LawOfficesofDanielReinganum@jubileebk.net

Denise E. Carlon
on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas S. Stanger
doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Jacqueline M. Vigilante
on behalf of Interested Party Scott E. Braidwood jacci@thevigilantelawfirm.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jessica Ann Berry
on behalf of Creditor BSI Financial Services as servicer for IRP Fund II Trust 2A bankruptcy@gmlaw.com

Kyle Francis Eingorn
on behalf of Interested Party COBA Inc. keingorn@dbblegal.com

Mark S. Haltzman
on behalf of Creditor Drexel Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Mark S. Haltzman
on behalf of Creditor Philly Properties GP LLC mhaltzman@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Steven P. Kelly
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William Carl Katz
on behalf of Creditor Philly Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

William Carl Katz
on behalf of Creditor Drexel Properties GP LLC wkatz@sanddlawyers.com, kdaley@sanddlawyers.com;rchew@sanddlawyers.com

TOTAL: 18