Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                          Case No.:  21−13085−ABA
                          Chapter:  7
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Choates G. Contracting, LLC
   122 Danton Lane
   Mullica Hill, NJ 08062

Social Security No.:

Employer's Tax I.D. No.:
   83−1406201

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 13, 2025</u>                    <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court