WED-67008-0312-1 pdf905 21-13085
McDowell Law PC
46 West Main Street
Maple Shade, NJ 08052



**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 12 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

001924 1924 1 AB 0.544 08062 1 2 10174-1-2336

Scott E. Braidwood
404 Harvest Mill Way
Mullica Hill, NJ 08062-4307

*Case # 21-13085*

*Please change Mailing address to:*
*111 Holly Drive*
*Swedesboro, NJ 08085*

*[signature]*

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|

001924    67008001925011

111 Holly Drive
Swedesboro, NJ 08085

SOUTH JERSEY NJ 080
8 JAN 2026 PM 7 L

U.S. Post Office: Courthouse
401 Market St.
Camden, NJ – 08101

Betty White
FOREVER USA